**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JASAAN ALLAH QIYDAAR | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  DKC-19-1371 |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*    \*    \*    \*    \*    \*    \*    \*    \*

## <u>BCBSC's SECOND MOTION FOR SUMMARY JUDGMENT</u>

Defendant, the Baltimore City Board of School Commissioners ("BCBSC"), by and through their undersigned counsel, pursuant to Fed. R. Civ. P. 56 and L.R. 105, moves for summary judgment, and says:

1.     BCBSC moves for summary judgment as to Plaintiff's remaining retaliation claim in Count I of the Amended Complaint.

2.     BCBSC incorporates its Memorandum in Support of BCBSC's Second Motion for Summary Judgment as if fully set forth herein.

WHEREFORE, BCBSC respectfully requests this Court enter judgment in its favor as to Plaintiff's remaining Retaliation Claim in Count I of the Amended Complaint, with prejudice.

Respectfully submitted,

*Shahrazad A. Haughton*

Tamal A. Banton, Federal Bar No. 27206
Senior Counsel
Shahrazad A. Haughton, Federal Bar No. 21627
Associate Counsel
Office of Legal Counsel –
Baltimore City Public Schools
200 East North Avenue, Suite 208
Baltimore, Maryland 21202
(410) 396-8542 telephone
tabanton@bcps.k12.md.us
shaughton@bcps.k12.md.us
*Attorneys for Defendant BCBSC*

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of September 2021, a copy of Defendant BCBSC's Second Motion for Summary Judgment and Memorandum in Support thereof, along with exhibits, were filed electronically in the United States District Court for the District of Maryland and a paper copy was sent first-class postage prepaid and emailed to:

> Jasaan Allah Qiydaar
> 2 Pomona West, Apt. #7
> Baltimore, Maryland 21208
> jasaanqiydaar@gmail.com
> *Plaintiff*


*Shahrazad A. Haughton*
Shahrazad A. Haughton

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

| | | |
|---|---|---|
| JASAAN ALLAH QIYDAAR | * | |
| Plaintiff, | * | |
| v. | * | Civil Action No.  DKC-19-1371 |
| BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS | * | |
| | * | |
| Defendant. | * | |
| | * | |

\*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*   \*

**MEMORANDUM IN SUPPORT OF
BCBSC's SECOND MOTION FOR SUMMARY JUDGMENT**

Defendant, the Baltimore City Board of School Commissioners ("BCBSC"), by and through its undersigned counsel, in support of its second motion for summary judgment, says:

I.    SUMMARY OF ARGUMENT

Plaintiff, Jasaan Allah Qiydaar ("Plaintiff"), is a former employee of BCBSC.  Plaintiff's only remaining claim in this case relates to his allegations that BCBSC discriminated against him when it failed to hire him for any of the 27 non-certificated positions for which he applied.  In its prior decision granting partial summary judgment to BCBSC, this Court made clear that a *prima facie* case of discrimination exists for these hiring decisions, and, thus, under well-established Title VII precedent, the burden has shifted to BCBSC to articulate a legitimate non-discriminatory reason for not hiring Plaintiff for these non-certificated positions. As discussed below, BCBSC had legitimate non-discriminatory reasons for not hiring Plaintiff for each of these 27 non-certificated positions, and Plaintiff has not introduced any evidence to substantiate his allegation that these reasons were pretext for BCBSC's efforts to "blacklist" him from future employment

1

with BCBSC, in retaliation for the discrimination charge that he filed with the Maryland Commission on Civil Rights ("MCCR").

BCBSC's hiring process is straightforward and applies to every application submitted for an open position.  There is no evidence to support any contention that Plaintiff was ever deemed ineligible for hire by BCBSC as a result of the complaint he filed with the MCCR.  Moreover, Plaintiff presented no evidence other than mere speculation and conjecture to support his claims of retaliation.  Therefore, for the reasons set forth herein, there is no genuine dispute as to any **material** fact that BCBSC has never retaliated against Plaintiff as to any employment positions with BCBSC.  Thus, BCBSC is entitled to summary judgment in its favor.

## II.    STATEMENT OF UNDISPUTED FACTS

BCBSC adopts the factual summary set forth in the background section of the Court's September 2020 decision and supplements with additional factual background as follows:

Plaintiff is a former employee of BCBSC.  *See* ECF. No. 34.  Plaintiff worked as a teacher for BCBSC from approximately August 2000 to June 2008.  *Id*.  After his employment ceased with BCBSC, Plaintiff started a nonprofit which "provided mentoring, success skills, character education, and internship/job opportunities for students."  *Id*.  In 2011, Plaintiff was hired as a behavior specialist with Merit Academy of Technology and Health Sciences ("MATHS"), a now defunct public charter school which was operated by Eudaimonia Foundation under an agreement with BCBSC.  *Id*.  Plaintiff agreed that his employment with MATHS did not make him an employee of BCBSC, and in 2011, Plaintiff's employment with MATHS ended.  *Id*.

Since 2011, Plaintiff has applied for over 34 positions with BCBSC.  *Id*.  Some of the positions required certification, and some did not.  *Id*.  Only the latter remain at issue at this point in the case.  BCBSC's hiring process applies to every applicant equally whether the applicant is

Plaintiff or anyone else. *See* Ex. 1. When a candidate applies for an employment position with City Schools, their application is classified in one of the following categories: eligible, application received, position filled, pre-screened out, no longer available, or terminate application. *Id*. Each of the categories is explained as follows:

- If a candidate's application is marked "eligible," then the candidate's application has been reviewed by a representative in the Office of Human Capital ("HC"), and based upon the job description and the candidate's resume, an initial determination is made that the candidate meets the eligibility criteria, and may be further evaluated for the position. Once a candidate is deemed eligible for hire in a certain position, their resume is forwarded to the hiring manager,[1] who then determines which candidates will be scheduled for an interview. Thus, even when a candidate is deemed eligible, the candidate's eligibility status does not guarantee an interview and/or a selection for hire.

- If a candidate's application is marked "application received," it is an indication that the application has been received but has not been reviewed because at the time the candidate submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. If a candidate's application is marked "application received," it could also mean that the applicant did not complete their application, so HC did not have enough information to screen the application.

- If an application is marked "position filled," then the position for which the candidate applied was no longer open at the time the application was submitted because the position was filled by another candidate. This lag occurs sometimes because there is a delay in updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled.

- If an application is marked "pre-screened out," then the candidate's application has been reviewed by an HC representative, and based upon the job description and the

---

[1] The hiring manager for a position is the appointed staff person in whichever City Schools office is seeking to fill a vacancy who is responsible for facilitating the hiring process for that office and who makes the final recommendation to move forward with hiring an applicant for the position. Hiring managers are not required to interview all candidates forwarded to them by HC.

candidate's resume, the candidate's qualifications do not meet the core criteria and stated requirements of the open employment position.

- If an application is marked as "no longer available," then the employment posting was removed without a hiring to fill the vacant position because BCBSC either no longer had a need for the position or no longer had funds designated for the position.

- When an application is marked as "terminate application," it is an indication that the candidate has decided to withdraw and/or terminate their employment application, or they have communicated to an HC representative that they are no longer interested in the position. When a candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been terminated.

*Id*.

Of the 27 non-certificated positions for which Plaintiff applied, the chart below summarizes the results of the HC pre-screening process, based on HC staff review of records in BCBSC's hiring system. In total, Plaintiff's applications were designated "application received" for seven positions; "eligible" for nine positions; "position filled" for six positions; "no longer available" for two positions; "pre-screened out" for one position; and "terminate application" for two positions. In addition, for the nine positions where Plaintiff was deemed eligible and moved forward in the process, the chart below summarizes legitimate non-discriminatory reasons why Plaintiff was not ultimately selected. [2]

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| IRC 1110: School Support Networks Officer | Application Received | Plaintiff applied for this position on April 17, 2011. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id*. |

---

[2] BCBSC suppressed the names and personal information of candidates selected for hire, but would provide them at the Court's request.

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| | | Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 1268: Program Evaluator II | Application Received | Plaintiff applied for this position on January 14, 2012. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id.* Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 2854: Teacher – Substitute Emergency | Application Received | Plaintiff applied for this position on October 12, 2014. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id.* Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 3189: Specialist- Teaching and Learning | Application Received | Plaintiff applied for this position on January 2, 2014. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id.* Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 3633: Staff Specialist-Strategic Communications | Application Received | Plaintiff applied for this position on December 10, 2014. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id.* |

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| | | Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 6702: Staff Specialist- Re-Engagement Liaison | Application Received | Plaintiff applied for this position on March 24, 2018. *See* Ex. 1. The application was received, but it was not reviewed because Plaintiff did not complete his application, so HC did not have enough information to screen the application. *Id.* |
| IRC 703: Staff Associate-12 Month | Application Received | Plaintiff applied for this position on May 7, 2011. *See* Ex. 1. Plaintiff's application was received, but it was not reviewed because at the time the Plaintiff submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. *Id.* Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring. *Id.* |
| IRC 6082: Family and Community Engagement (FCE) Specialist | Eligible | Plaintiff applied for this position on October 2, 2017. *See* Ex. 1. On February 3, 2018, BCBSC selected another candidate who was more qualified than Plaintiff to fill this position. *Id.* The position required that the candidate selected for hire demonstrate the requisite ability to provide technical assistance to schools while also having at least three years' experience working with community organizations. *Id. See also Id.*, Attach 1. The candidate selected for hire considered themselves a "family and community engagement expert," was employed as a Family and Community Engagement Specialist with the Mid-Atlantic Equity Consortium at the time she applied, and also possessed seven years' experience working with community based or family supporting organizations. *Id.* By contrast, while Plaintiff's resume highlighted extensive teaching experience specifically in the area of special education, he had only three years of community-based work experience. *See* Ex. 2. Moreover, Plaintiff's community-based work experience primarily focused on mentorship, success skills, and internship/job opportunities for students. *Id.* |
| IRC 4225: Manager-Community Engagement | Eligible | Plaintiff applied for this position on November 14, 2015. *See* Ex. 1. On February 20, 2016, BCBSC selected another candidate who was more qualified than Plaintiff to |

| Job | HC Pre-Screen | Legitimate Non-Discriminatory Reasons for Hiring |
|---|---|---|
| | | fill this position. *Id*. The candidate selected for hire had a master's degree, which was a preferred qualification within the job description. *Id*. *See also Id*., Attach 2. The candidate selected for hire also served as a Family Community Engagement Specialist with BCBSC for five years and had already performed some of the essential functions of this job, such as serving as a liaison between BCBSC, parents, and members of the community. *Id*. By contrast, Plaintiff's highest level of education was a bachelor's degree, and he had a limited amount of community engagement experience, which primarily involved mentoring. *See* Ex. 2. |
| IRC 3527: Staff Specialist-Family and Community Engagement Policy (FCE) Specialist | Eligible | Plaintiff applied for this position on July 6, 2014. *See* Ex. 1. BCBSC selected another candidate who was more qualified than Plaintiff. *Id*. The candidate selected for hire had extensive community based experience and worked as a Family and Community Engagement Specialist for four years, having already performed some of the essential functions of this job position, such as working with policy and analyzing data related to the Family and Community Engagement Office. *Id*. *See also Id*., Attach 3. While Plaintiff had extensive teaching experience, specifically in the area of special education, he had no experience working with policy and minimal experience working with data analysis. *See* Ex. 2. |
| IRC 4226: Manager Parent Involvement | Eligible | Plaintiff applied for this position on November 14, 2015. *See* Ex. 1. On March 5, 2016, BCBSC selected another candidate who was more qualified than Plaintiff to fill this position. *Id*. This position required experience demonstrating the ability to coordinate district-wide learning opportunities for school staff and the ability to analyze data. *Id*. *See also Id*., Attach 4. The candidate selected for hire had at least four years of community-based work with experience coordinating district-wide programming including but not limited to experience developing and implementing a STEM master plan and summer curriculum. *Id*. The candidate selected for hire also had experience analyzing data specifically dealing with family and community engagement priorities. *Id*. By contrast, while Plaintiff had extensive teaching experience, specifically in the area of special education, he had minimal experience with strictly data analysis. *See* Ex. 2. Plaintiff's community-based work experience focused on mentoring and educational enrichment. *Id*. |

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| IRC 1241: Staff Associate-Homeless Liaison | Eligible | Plaintiff applied for this position on August 28, 2011. *See* Ex. 1. On August 16, 2012, BCBSC selected another candidate who was more qualified than Plaintiff to fill this position. *Id*. This position required that the candidate selected for hire would have experience demonstrating the ability to plan and develop programs and other informational mechanisms for staff and community groups to gain information specifically related to the issue of homelessness. *Id. See also Id*., Attach 5. The candidate selected for hire had extensive knowledge of public policy relating to youth homelessness, and has experience demonstrating developed/implemented workforce development, life skills, and educational programming to meet the needs of youth that previously experienced homelessness. *Id*. The candidate selected for hire also had several other work experience skills that specifically related to the issue of homelessness. *Id*. By contrast, while Plaintiff had extensive teaching experience, specifically in the area of special education and community experience based in mentorship, Plaintiff had no experience specifically related to issues relating to homelessness. *See* Ex. 2. |
| IRC 3215: Training/QA Specialist | Eligible | Plaintiff applied for this position on January 27, 2014. *See* Ex. 1. On September 29, 2014, BCBSC selected another candidate who was more qualified than Plaintiff to fill this position. *Id*. This position required at least one year of experience as a trainer, presenter, project manager, teacher, or in related fields. *Id. See also Id*., Attach 6. The candidate selected for hire had over one year of experience as a teacher and master's degree in Instructional Technology. *Id*. The resume of the candidate selected for hire also demonstrated experience in project planning and project management skills while also highlighting qualifications in best practices for training. *Id*. By contrast, while Plaintiff had extensive teaching experience, specifically in the area of special education and working to develop IEPs and behavioral intervention programs, Plaintiff's experience emphasized mentoring and his highest level of education was a bachelor's degree. *See* Ex. 2. |
| IRC 6148: Specialist- Youth Engagement | Eligible | Plaintiff applied to this position on October 2, 2017. *See* Ex. 1. On January 8, 2018, BCBSC selected another candidate who was more qualified than Plaintiff to fill this position. *Id*. This position required that the candidate |

8

| __Job__ | __HC Pre-Screen__ | __Legitimate Non-Discriminatory Reasons for Hiring__ |
|---|---|---|
| | | selected for hire have experience demonstrating an ability to engage and foster connections with youth while also providing large scale training of school-based staff as well as youth. *Id. See also Id.*, Attach 7. The position also required that the candidate selected for hire have experience demonstrating knowledge of laws, regulations, and policies that impact the City Schools community. *Id.* The candidate selected for hire deemed themselves a youth engagement expert with experience in teaching and training youth as well as adults in an urban environment and was enrolled in a master's program at the time of application. *Id.* The candidate selected for hire also had experience working with student leaders and youth led organization as well as knowledge of laws, regulations, and policies affecting Baltimore's students. *Id.* Plaintiff was not enrolled in master's program and his highest level of education was a bachelor's degree. *See Ex.* 2. While Plaintiff had a focus on teaching specifically in the area of special education, Plaintiff's resume demonstrated limited youth engagement experience with no demonstration of experience or knowledge of law, regulations, or policies impacting Baltimore's students. *Id.* |
| IRC 1339: Family and Community Engagement Specialist | Eligible | Plaintiff applied for this position on December 16, 2011. *See* Ex. 1.   On July 9, 2012, BCBSC selected other candidates who were more qualified than Plaintiff to fill this position. *Id.* This position required a candidate to act as a liaison between City Schools headquarters and individual school administrators/staff, specifically to facilitate best practices for family and community engagement, while also developing and implementing training throughout City Schools. *Id. See also Id.*, Attach 8. The candidates selected for this position have demonstrated at least three years of successful experience in working with community based or family supporting organizations. *Id.* The candidates selected for this position also had demonstrated experience in training and/or experience maintaining relationships with volunteer and community partners. *Id.* Plaintiff's resume placed an emphasis on 15 years of teaching experience with emphasis on special education services (such as developing individualized education plans); however, Plaintiff had minimal training experience; and his resume did not demonstrate an ability to meet the desired level of training to be employed in the position. *See* Ex. 2. |

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| IRC 1093: Staff Associate-12 Month | Eligible | On January 29, 2011 and February 14, 2011, BCBSC selected other candidates who were more qualified than Plaintiff. *See* Ex. 1.  The position required a candidate to act as a liaison between City Schools headquarters and individual school administrators/staff.  *Id. See also Id.*, Attach 9. The position also required a candidate to provide support to schools and gather information to implement best practices.  *Id.* The position noted that a master's degree may be required for some positions. *Id.* The candidates selected for hire had work experience in providing supportive services to teachers and acting as a liaison between City Schools headquarters and school administrators/staff.  *Id.* Additionally, one of the candidates selected for hire had a master's degree. *Id.* Plaintiff's experience places emphasis on mentorship and teaching, specifically in the area of special education and providing supports to students in the limited area of special education. *See* Ex. 2.  Plaintiff's highest level of education was a bachelor's degree. *Id.* |
| IRC 3595: Program Evaluator II-Assessments[3] | No Longer Available | The employment posting was removed without a hiring for the vacant position because BCBSC either no longer had a need for the position or no longer had funds designated for the position. *See* Ex. 3. |
| IRC 3667: Manager-Teacher Evaluation | No Longer Available | Plaintiff applied for this position on December 10, 2014. *See* Ex. 1.  The employment posting was removed without a hiring for the vacant position because BCBSC either no longer had a need for the position or no longer had funds designated for the position.  *Id.* |
| IRC 1163: Family Institute Specialist | Position Filled | Plaintiff applied for this position on June 7, 2011. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate.  *Id.* This lag occurs sometimes because there is a delay in updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. *Id.* Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id.* |
| IRC 2804: Assistant-Legal Department | Position Filled | Plaintiff applied for this position on August 17, 2013. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate. *Id.* This lag occurs sometimes |

| **Job** | **HC Pre-Screen** | **Legitimate Non-Discriminatory Reasons for Hiring** |
|---|---|---|
| | | because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. *Id*. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id*. |
| IRC 2878: School Achievement Trainer | Position Filled | Plaintiff applied for this position on August 17, 2013. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate. *Id*. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. *Id*. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id*. |
| IRC 3186: Special Assistant | Position Filled | Plaintiff applied for this position on January 2, 2014. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate. *Id*. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. *Id*. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id*. |
| IRC 3707: Board Executive | Position Filled | Plaintiff applied for this position on April 18, 2015. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate.  *Id*.  This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. *Id*. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id*. |
| IRC 5968: Staff Specialist-Student Resilience Grant | Position Filled | Plaintiff applied for this position on October 2, 2017. *See* Ex. 1.  At the time his application was submitted, the position was no longer open because the position had been filled by another candidate. *Id*. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from |

11

| __Job__ | __HC Pre-Screen__ | __Legitimate Non-Discriminatory Reasons for Hiring__ |
|---|---|---|
| | | the list of open positions on the website. *Id*. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. *Id*. |
| IRC 3587: Program Evaluator II – Effectiveness Framework | Pre-Screened Out | Plaintiff applied for this position on October 12, 2014. *See* Ex. 1.   Based upon the job description and Plaintiff's resume, HC determined that his qualifications did not meet the core criteria and stated requirements of the open employment position.  *Id*. The position required a bachelor's degree in Education, Psychology, Sociology, or a related field with five years of experience with program evaluation and/or statistical assessment analysis or Master's degree in Education, Psychology, Sociology, or a related field with three years of experience with program evaluation and/or statistical assessment analyses. *Id. See also Id*., Attach. 10. Plaintiff's highest level of education was a bachelor's degree and while Plaintiff had extensive teaching experience, specifically in the area of special education, he had no experience in program evaluation and/or statistical assessment analyses.  *See* Ex. 2. |
| IRC 1108: School Support Networks Team Facilitator | Terminate Application | Plaintiff applied for this position on April 17, 2011.  *See* Ex. 1.  Plaintiff decided to withdraw and/or terminate his employment application, or he communicated to an HC representative that he is no longer interested in the position. *Id*.  When a candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been terminated. *Id*. |
| IRC 1119: Family and Community Engagement Specialist | Terminate Application | Plaintiff applied for this position on May 7, 2011. *See* Ex. 1.   Plaintiff decided to withdraw and/or terminate his employment application, or he communicated to an HC representative that he is no longer interested in the position. *Id*.  When a candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been terminated.  *Id*. |

III.     THE COMPLAINT, AMENDED COMPLAINT, AND PRIOR PROCEEDINGS IN
               THIS LITIGATION

On February 8, 2019, following an unsuccessful conciliation attempt, the United States

Department of Justice issued a notice of right to sue.  *See* ECF No. 34.  On May 9, 2019, Plaintiff

initiated this lawsuit by filing a complaint.  *See* ECF No. 1.  On July 1, 2019, Plaintiff filed an

Amended Complaint.  *See* ECF No. 10.  Plaintiff's Amended Complaint alleged only a single

count of discrimination premised upon his own conclusory assumptions and conjecture that

BCBSC "retaliated" against him because he filed a discrimination claim with the MCCR against

the Eudaimonia Foundation. *See* ECF No. 10, ¶¶ 67-77.  Specifically, Plaintiff alleged that BCBSC

"blacklisted" him by barring him from obtaining employment with BCBSC "by denying him the

equal opportunity to apply and be considered for employment" and by treating him "differently

than similarly situated employees who applied for jobs… and were not as qualified…."  (*See id*).

BCBSC filed a motion for summary judgement on January 10, 2020, and it filed a response

to Plaintiff's motion for sanctions on January 17, 2020.  *See* ECF No. 34. Plaintiff filed an

opposition to BCBSC's motion for summary judgment and a cross motion for summary judgment

on February 7, 2020.  *Id*. BCBSC replied on March 3, 2020, and Plaintiff replied on March 24,

2020.  *Id*.

The Court assessed all pending motions in a memorandum opinion issued September 25,

2020.  As pertinent here, the Court evaluated the parties' motions for summary judgment. After

determining that Plaintiff had made out a *prima facie* case of discrimination, the Court explained

that:

> Plaintiff has produced no evidence that BCBSC's reason for not hiring him for
> certified teaching positions was pretext, only speculation. BCBSC does not,
> however, present any legitimate, nondiscriminatory reason for failing to hire
> Plaintiff for the non-certificated positions to which he applied. Absent such a

13

reason, Plaintiff's retaliation claim may proceed with respect to BCBSC's failure
to hire him for non-certificated positions.

Thus, the Court denied BCBSC's motion for summary judgment in part, as to the 27 non-
certificated positions for which Plaintiff applied, and granted it in part, as to the remaining
certificated positions. The Court also denied Plaintiff's cross motion for summary judgment in its
entirety. *Id*.

## IV.   STATEMENT OF THE LAW

### A.  Motion for Summary Judgment

Summary judgment is appropriate against a plaintiff who fails to make a showing sufficient
to establish the existence of an element essential to his case and on which he will bear the burden
of proof at trial. *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986). The non-moving party "may
not rely merely on allegations or denials in its own pleading; rather, its response must – by
Declarations or as otherwise provided in this rule set out specific facts showing a genuine issue for
trial." Fed. R. Civ. P. Rule 56(e)(2); *Anderson v. Liberty Lobby, Inc*., 477 U.S. 242, 248 (1986).
Failure to demonstrate a genuine issue for trial will result in summary judgment. *Bouchat v.
Baltimore Ravens Football Club, Inc*., 345 F.3d 514, 522 (4th Cir. 2003). The mere existence of
a scintilla of evidence in support of a plaintiff's case is insufficient; there must be evidence on
which a jury can reasonably find for the non-moving party. *Anderson*, 477 U.S. at 242.

Summary judgment may be granted only when "there is no genuine issue as to any ***material***
fact" and the moving party is entitled to judgment as a matter of law.   Fed. R. Civ. P. 56(a)
(emphasis added); *Celotex Corp. v. Catrett*, 477 U.S. 317, 322 (1986) (emphasis added).   In
determining whether a genuine issue of material fact exists, the Court construes all facts and
inferences in the light most favorable to the non-moving party, drawing all reasonable and

justifiable inferences in favor of that party. *Anderson*, 477 U.S. at 255. At the same time, the Court need not accept unsupported factual allegations or conclusory factual statements that do not describe actual events. *Revene v. Charles County Commr's*, 883 F. 2d 870, 873 (4th Cir. 1989); *United Black Firefighters v. Hirst*, 604 F. 2d 844, 847 (4th Cir. 1979). If the record as a whole could not lead a rational trier of fact to find for the non-moving party, there is no "genuine issue for trial." *Matsushita Elec. Indus. Co. v. Zenith Radio Corp.*, 475 U.S. 574, 587 (1986). Stated otherwise, summary judgment should be granted unless a reasonable jury could return a verdict for the non-moving party on the evidence presented. *See Anderson*, 477 U.S. at 247-48. The disputed factual elements must be material to the legal issues in the case, and the disputes about them must be genuine, not merely speculative. *Id.* at 261-63. These concepts are embodied in the Supreme Court's pronouncement that "a complete failure of proof concerning an essential element…necessarily renders all other facts immaterial." *Celotex Corp.*, 477 U.S. at 323.

Rule 56 of the Federal Rules of Civil Procedure does not limit the number of motions for summary judgment that a party may file. However, "it is well established that federal district courts possess the power to administer their dockets in a manner that conserves scarce judicial resources and promotes the efficient and comprehensive disposition of cases." *Hartsel Springs Ranch of Colo., Inc. v. Bluegreen Corp.*, 296 F.3d 982 (10th Cir. 2002). Thus, judges have the discretion to limit successive motions for summary judgment. Nevertheless, in this case, BCBSC has received leave from this Court to file a subsequent motion for summary judgment[4].

---

[4] In BCBSC's first motion for summary judgment, BCBSC argued that Plaintiff did not put forth a *prima facie* case. However, in the memorandum opinion issued on September 25, 2020, this Court has made clear that Plaintiff established a *prima facie* case and that BCBSC has the burden to put forth a legitimate non-discriminatory reason for not hiring Plaintiff. Therefore, BCBSC is filing a second motion for summary judgment for the Court to consider its legitimate non-discriminatory reasons for not selecting Plaintiff for each of the non-certificated positions for which Plaintiff applied.

B. Title VII of the Civil Rights Act

Title VII of the Civil Rights Act ("Title VII") prohibits discrimination based upon an employee's opposition to any employment practice made unlawful by Title VII or participation in any Title VII investigation, proceeding, or hearing.  42 U.S.C. § 2000e-3(a); *see also McDonnell Douglas Corp. v. Green*, 411 U.S. 792, 802-04 (1973).  To establish a *prima facie* claim of retaliation under Title VII, the plaintiff must show that: (1) he was engaged in protected activity; (2) his employer took an adverse employment action against him; and (3) that there was a causal link between the two events.  *See Ziskie v. Mineta*, 547 F.3d 220, 229 (4th Cir. 2008).  If a *prima facie* case is demonstrated, the burden shifts to the employer to articulate a legitimate, non-discriminatory reason for the adverse employment action.  *See Hill v. Lockheed Martin Logistics Mgmt., Inc.*, 354 F.3d 277, 298 (4th Cir. 2004).  In *Olivares v. NASA*, the Court explained that hiring a more qualified candidate suffices as a legitimate, non-discriminatory reason for an adverse employment action. *See* 934 F. Supp. 698 (D. M.D. 1996).   If the employer meets its burden of articulating a legitimate non-discriminatory reason, the plaintiff must then prove by a preponderance of the evidence that the legitimate reasons offered by the employer were not its true reasons, but rather, there were a mere pretext for unlawful discrimination.  *See Reeves v. Sanderson Plumbing Prods., Inc.*, 530 U.S. 133, 143 (2000).  The burden of persuasion, throughout, remains with the plaintiff.  *See id*. at 144; *Adams v. Trs. of the Univ. of N.C.-Wilmington*, 640 F.3d 550, 558-59 (4th Cir. 2011).

V.     ARGUMENT

A. **BCBSC Has Offered Legitimate Non-Discriminatory Reasons for Not Selecting Plaintiff for Each of the 27 Non-Certificated Position For Which He Applied**.

Plaintiff erroneously alleges that BCBSC "blacklisted" him from future employment with BCBSC in retaliation for his discrimination charge against the Eudaimonia Foundation.   Based on application of BCBSC's hiring process consistently with how it applies to every other applicant,

16

there are legitimate non-discriminatory reasons why Plaintiff was not selected for each of the 27 non-certificated positions for which he applied. Ex. 1.  Despite Plaintiff's assertion that he has been "blacklisted" and assigned a blanket designation as "ineligible" for all employment positions with BCBSC, he was "pre-screened out" for only one out of the 27 non-certificated positions for which he applied solely because his qualifications on his resume did not meet the minimum and listed job criteria.  *Id*. at ¶ 38. Plaintiff was deemed eligible for nine of the non-certificated positions, but his employment eligibility designation did not guarantee him or any candidate would be scheduled for an interview or selected for hire.  In each of these positions, the candidate ultimately selected was more qualified.  *Id.* at ¶ 22-30.  *See Olivares*, 934 F. Supp. 698 (D. M.D. 1996). For the remainder of the positions, Plaintiff's applications were designated "application received" for seven positions; "position filled" for six positions; "no longer available" for two positions; and "terminate application" for two positions.  *See* Ex. 1.  Each of the designations assigned to Plaintiff's application relied on the objective designations assigned to anyone that applies to a position with BCBSC based on HC's established processes, and they had no connection to Plaintiff's discrimination charge against the Eudaimonia Foundation. Indeed, Plaintiff has not proven that those involved in the hiring process even had knowledge of his discrimination charge.

## B. **There Is No Evidence that BCBSC's Legitimate Non-Discriminatory Reasons for Its Hiring Decisions Were Pretextual**.

Plaintiff has not introduced any evidence that is sufficient to meet his burden of establishing that BCBSC's legitimate non-discriminatory reasons were pretext for retaliation against him in response to the complaint that he filed with the MCCR.  As discussed above, Plaintiff was among pools of numerous applicants for various non-certificated positions, and for reasons related to his lack of qualifications, selection of other more qualified candidates, filing of the

position prior to when he submitted his application, or incomplete applications, he was not selected for hiring by BCBSC's Office of Human Capital.  Stated alternatively, BCBSC has an established hiring process for open employment positions so that an employment application submission presents an opportunity for employment, but not a guarantee of employment.

Plaintiff has failed to produce any evidence demonstrating that BCBSC's employment process is illegal or discriminatory in nature, or that BCBSC deviated in any way from utilizing its standard processes in handling applications for the non-certificated employment positions to which he applied.  Instead, Plaintiff's case rests upon mere speculation as to why he was not selected from several large pools of applicants for the available non-certificated positions that he sought. Actually, Plaintiff's own testimony and all the evidence produced in this case substantially demonstrate that BCBSC's hiring process was equally open to Plaintiff as it was, and still is, to any other persons seeking employment with BCBSC.  *See* Ex. 4, p. 201, l. 8-12; *See also* Ex. 4, p. 203, l. 10-13.

At the core of Plaintiff's retaliation allegations are two documents.  First, he referenced an email from August 24, 2012 where Lakeysha Hill, a former Human Capital Specialist, responded to an inquiry from Pamela Smith, another employee in the Office of Human Capital, about Plaintiff's viability as a candidate for a vacant special educator position; in that email, Ms. Hill deemed Appellant ineligible.  *See* ECF No. 34.  Second, Plaintiff referenced an email to Jerome Jones, Director of Labor Relations and Negotiations, on April 11, 2013, where he inquired about his eligibility for employment with City Schools; Mr. Jones responded:

> You still cannot be hired as a teacher with City Schools if you do not have a certificate issued by the Maryland State Department of Education ("MSDE"). You could not be hired as a special education teacher because you did not have a professional certificate to teach, issued by MSDE… our personnel system indicates you are eligible to apply and would be considered for employment, assuming we have a vacancy, you have the qualifications, apply for the job [,] and get selected

as a top candidate. You would not be treated any differently than any other candidate.

*Id*.  Despite the express statements of BCBSC staff in the Office of Human Capital indicating that Plaintiff could apply for positions and would be considered for those positions for which he was qualified, Plaintiff nevertheless believes that he was "blacklisted" from employment by BCBSC for filing a complaint with MCCR. *See* ECF No. 34.  Yet Plaintiff presented no evidence contrary to the established facts; instead, he presented nothing more than conjecture, which is insufficient to show that BCBSC's legitimate non-discriminatory reasons for not hiring Plaintiff for any of 27 non-certificated positions were a mere pretext for unlawful discrimination. Therefore, for the reasons stated herein, there is no genuine dispute as to any *material* fact, and BCBSC is entitled to summary judgment in its favor.

## VI.     CONCLUSION

WHEREFORE, for the reasons set forth herein, BCBSC respectfully requests that this Court grant summary judgment in its favor.

Respectfully submitted,

*Shahrazad A. Haughton*

Tamal A. Banton, Federal Bar No. 27206
Senior Counsel
Shahrazad A. Haughton, Federal Bar No. 21627
Associate Counsel
Office of Legal Counsel –
Baltimore City Public Schools
200 East North Avenue, Suite 208
Baltimore, Maryland 21202
(410) 396-8542 telephone
tabanton@bcps.k12.md.us
shaughton@bcps.k12.md.us
*Attorneys for Defendant BCBSC*

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

JASAAN ALLAH QIYDAAR                        *

        Plaintiff,                         *

v.                                          *   Civil Action No.  DKC-19-1371

BALTIMORE CITY BOARD OF                     *
SCHOOL COMMISSIONERS
                                            *
        Defendant.
                                            *

*     *     *     *     *     *     *     *     *     *     *     *     *
**DECLARATION OF ASHLEY WILDER**

    I, Ashley Wilder, hereby under oath and under penalty of perjury state that:

    1.    I am over the age of eighteen and am competent to testify as to facts relating to the above-captioned case as herein described.

    2.    I am currently employed as a Talent Manager in the Office of Human Capital ("HC"); and my employer is the Baltimore City Board of School Commissioners ("BCBSC").  I have been employed by BCBSC as a Talent Manager for 9 months.  Prior to being employed as a Talent Manager, I was employed as an HC Partner from 2018-2021 and an HC Specialist from 2015-2018.

    3.    In my capacity as Talent Manager in HC, my duties and responsibilities include training hiring managers as well as supervisors to understand and implement HC processes and procedures.  In my capacity as an HC Partner, my duties and responsibilities included performing all functions related to the employment lifecycle (recruiting, selection, performance management and retention) while also serving as the central office management's primary point of contact for the Human Capital Office and human capital efforts.  As an HC Specialist, my duties and

**EXHIBIT 1**

responsibilities included screening all district office positions to determine eligibility and facilitating interview processes.

4.     From 2015 to 2018, I was individually responsible for screening applications for open employment positions at BCBSC's District Office.[1]  During that time, I was also responsible for screening applications for employment positions deemed "quasi-District Office" because those positions are funded with District Funds instead of an individual school's funds.

5.     Since 2015, I have screened more than five thousand employment applications for District and quasi-District employment positions.  It is my understanding that among the employment applications screened between 2015 and 2018, there are some applications for employment that were submitted by Mr. Jasaan Qiydaar.  At that time, however, I was not personally familiar with Jasaan Qiydaar.  Based upon the number of employment applications I reviewed, I have no personal recollection of the names of applicants who sought employment during that time; and it was not required that I remember applicant names in the course of my duties.

6.     It has been my experience within HC since 2015 that when a candidate applies for an employment position with City Schools, their application is classified in one of the following categories: eligible, application received, position filled, pre-screened out, no longer available, or terminate application.  This is true whether the applicant is Jasaan Qiydaar or anyone else.  Upon information and belief, it is my understanding that this classification process is consistent with how HC operated from 2011 to present.

[1]
  District Office positions are based out of BCBSC's District Headquarters located at 200 E. North Avenue Baltimore, MD 21202.

7.      If a candidate's application is marked "eligible," then the candidate's application has been reviewed by a representative in HC and, based upon the job description and the candidate's resume, an initial determination has been made that the candidate meets the eligibility criteria. At this point, the candidate may be further evaluated for the position.  Once a candidate is deemed eligible for hire in a certain position, their resume is forwarded to the hiring manager,[2] who then determines which candidates will be scheduled for an interview. Thus, even when a candidate is deemed eligible, the candidate's eligibility status does not guarantee an interview and/or a selection for hire. This is true whether the applicant is Jasaan Qiydaar or anyone else.  It is my understanding that the application review process is consistent with how HC operated from 2011 to present.

8.      If a candidate's application is marked "application received," it is an indication that the application has been received but has not been reviewed because the candidate submitted the application and, at the time, a pool of eligible candidates was already identified and forwarded to the hiring manager, who would have determined and indicated that they were satisfied with the pool of candidates already received.  Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.  If a candidate's application is marked "application received," it could also mean that the applicant did not complete their application, so HC does not have enough information to screen the application. Based upon my knowledge and experience, a large number of applicants are ultimately placed in this category due to high interest in most of our open employment positions.  This is true whether the applicant is Jasaan Qiydaar or anyone else.  It is my understanding that this process is consistent with how HC has operated from 2011 to present.

---

[2] The hiring manager for a position is the appointed person that is making the hiring decisions for whichever City Schools office is seeking to fill a vacancy.  Hiring managers are not required to interview all candidates forwarded to them by HC.

9.      If an application is marked "position filled," then the position for which the candidate applied was no longer open at the time the application was submitted because the position was filled by another candidate. Lag sometimes occurs due to a delay in updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled. This is true whether the applicant is Jasaan Qiydaar or anyone else. It is my understanding that this is consistent with how HC has operated from 2011 to present.

10.     If an application is marked "pre-screened out," then the candidate's application has been reviewed by an HC representative, and based upon the job description and the candidate's resume, the candidate's qualifications do not meet the core criteria and stated requirements of the open employment position. This is true whether the applicant is Jasaan Qiydaar or anyone else. It is my understanding that this is consistent with how HC has operated from 2011 to present.

11.     If an application is marked as "no longer available," then the employment posting was removed without a hiring to fill the vacant position because BCBSC either no longer had a need for the position or no longer had funds designated for the position. This is true whether the applicant is Jasaan Qiydaar or anyone else. It is my understanding that this is consistent with how HC has operated from 2011 to present.

12.     When an application is marked as "terminate application," it is an indication that the candidate has decided to withdraw and/or terminate their employment application, or they have communicated to an HC representative that they are no longer interested in the position. When a candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been

4

terminated. This is true whether the applicant is Jasaan Qiydaar or anyone else. It is my understanding that this is consistent with how HC has operated from 2011 to present.

13.    HC maintains electronic records of the job application processes for BCBSC, which allows employees in HC to go back and review information about candidates (such as cover letters and resumes) as well as job descriptions and the final status of an applicant's pre-screening.

14.    It is my understanding that Mr. Qiydaar applied for over 34 positions with City Schools between 2011 and 2018, and 27 of those positions did not require any certification(s). Of the 27 non-certificated positions, it is my understanding that Mr. Qiydaar's applications fell into various categories as described above, and that he was only pre-screened out for 1 of the 27 positions —strictly because his qualifications on his resume failed to meet the minimum and listed job criteria.

15.    I was able to look in the hiring system to view the position of *IRC 1110: School Support Networks Officer*. Based on my review, I determined that the final status of the pre-screen of Mr. Qiydaar's application for this position was "application received". Mr. Qiydaar applied for this position on April 17, 2011. Based on my experience, this designation means, for this position, Mr. Qiydaar's application was received, but it was not reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

16.    I was able to look in the hiring system to view the position of *IRC 1268: Program Evaluator II*. Mr. Qiydaar applied for this position on January 14, 2012. Based on my review, I

determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was also "application received". Based on my experience, this designation means that for this position, Mr. Qiydaar's application was received, but it was not reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

17.     I was able to look in the hiring system to view the position of *IRC 2854: Teacher – Substitute Emergency*. Mr. Qiydaar applied for this position on October 12, 2014. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was also "application received". Based on my experience, this designation means that for this position, Mr. Qiydaar's application was received, but it was not reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

18.     I was able to look in the hiring system to view the position of *IRC 3189: Specialist- Teaching and Learning*. Mr. Qiydaar applied for this position on January 2, 2014. Based on my review, I also determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was also "application received". Based on my experience, this designation means that for this position, Mr. Qiydaar's application was received, but it was not

6

reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

19.    I was able to look in the hiring system to view the position of *IRC 3633: Staff Specialist-Strategic Communications*. Mr. Qiydaar applied for this position on December 10, 2014. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "application received". Based on my experience, this designation means that for this position, Mr. Qiydaar's application was received, but it was not reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received. Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

20.    I was able to look in the hiring system to view the position of *IRC 6702: Staff Specialist- Re-Engagement Liaison*. Mr. Qiydaar applied for this position on March 24, 2018. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "application received". For this position, Plaintiff's application was received, but it was not reviewed because Plaintiff did not complete his application, so HC did not have enough information to screen the application. Occasionally, there are times where applicants will begin an application online for an open position, yet not complete the application timely. For all such applicants, the application management system automatically

7

sends email reminders to the applicant that the application remains incomplete.  It is my understanding that on March 24, 2018, Mr. Qiydaar initiated an application to be employed as a Staff Specialist- Re-Engagement Liaison, but he never completed his application. Mr. Qiydaar received emails from City Schools on December 19, 2018 and October 15, 2019 requesting that he complete his application.  To date, Mr. Qiydaar's application remains incomplete despite notification from City Schools requesting that he complete his application.

21.     I was able to look in the hiring system to view the position of *IRC 703: Staff Associate-12 Month*. Mr. Qiydaar applied for this position on May 7, 2011.  Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "application received". Based on my experience, this designation means that for this position, Mr. Qiydaar's application was received, but it was not reviewed because at the time he submitted the application, a pool of eligible candidates was already identified and forwarded to the hiring manager; and the hiring manager determined and indicated that they were satisfied with the pool of candidates already received.  Thus, there was no need for HC to pull more candidates for forwarding to the hiring manager because the hiring manager already identified the pool of applicants for hiring.

22.     I was able to look in the hiring system to view the position of *IRC 6082: Family and Community Engagement (FCE) Specialist*. Mr. Qiydaar applied for this position on October 2, 2017. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible". I also reviewed the job description for this position, which states that the candidate selected for hire must demonstrate the requisite ability to provide technical assistance to schools and should have at least three years' experience working with community organizations. *See* Attach 1.  On February 3, 2018, Candidate A was hired to

8

fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar. Candidate A identified themselves as a family and community engagement expert, was employed as a Family and Community Engagement Specialist with the Mid-Atlantic Equity Consortium at the time she applied, and she also possessed seven years' experience working with community based or family supporting organizations. *Id.* By contrast, while Mr. Qiydaar's resume highlighted extensive teaching experience specifically in the area of special education, he had only three years of community-based work experience. *See* Ex 2.   Moreover, Mr. Qiydaar's community-based work experience primarily focused on mentorship, success skills, and internship/job opportunities for students. *Id.*

23.    I was able to look in the hiring system to view the position of *IRC 4225: Manager-Community Engagement*. Mr. Qiydaar applied for this position on November 14, 2015. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible". On February 20, 2016, Candidate B was hired to fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar. Candidate B had a master's degree, which was a preferred qualification within the job description. *See* Attach.   2. Candidate B also had served as a Family Community Engagement Specialist with BCBSC for five years, and she had already performed some of the essential functions of this job listed in the job description, such as serving as a liaison between BCBSC, parents, and members of the community. *Id.* By contrast, based on my review of Mr. Qiydaar's resume, his highest level of education was a bachelor's degree, and he had a limited amount of community engagement experience, which primarily involved mentoring. *See* Ex 2.

9

24.     I was able to look in the hiring system to view the position of *IRC 3527: Staff Specialist-Family and Community Engagement Policy (FCE) Specialist*. Mr. Qiydaar applied for this position on July 6, 2014.  Based on my review, I determined the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible".  Candidate C was hired to fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar.  Candidate C had extensive community based experience and worked as a Family and Community Engagement Specialist for four years; she already had performed some of the essential functions of this job position as detailed in the job description, such as working with policy and analyzing data related to the Family and Community Engagement Office. *See* Attach. 3. While Mr. Qiydaar had extensive teaching experience, specifically in the area of special education, he had no experience working with policy and minimal experience working with data analysis.  *See* Ex. 2.

25.     I was able to look in the hiring system to view the position of *IRC 4226: Manager Parent Involvement*. Mr. Qiydaar applied for this position on November 14, 2015. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible".  On March 5, 2016, Candidate D was hired to fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar.  As detailed in the job description, this position required experience demonstrating the ability to coordinate district-wide learning opportunities for school staff and the ability to analyze data. *See* Attach 4. Candidate D had at least four years of community-based work with experience coordinating district-wide programming including but not limited to experience developing and implementing a STEM master plan and summer curriculum. *Id*.   Candidate D also had experience analyzing data

10

specifically dealing with family and community engagement priorities. *Id*. By contrast, while Mr. Qiydaar had extensive teaching experience, specifically in the area of special education, he had minimal experience with strictly data analysis. See Ex. 2. Mr. Qiydaar's community-based work experience focused on mentoring and educational enrichment. *Id*.

26.     I was able to look in the hiring system to view the position of *IRC 1241: Staff Associate-Homeless Liaison*. Mr. Qiydaar applied for this position on August 28, 2011. Based on my review, I determine that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible". On August 16, 2012, Candidate E was hired to fill this position. Based on my review of resumes and the job description, BCBSC selected a candidate that was more qualified than Mr. Qiydaar. This position required that the candidate selected for hire would have experience demonstrating the ability to plan and develop programs and other informational mechanisms for staff and community groups to gain information specifically related to the issue of homelessness. *See* Attach. 5.   Candidate E had extensive knowledge of public policy relating to youth homelessness, and has experience demonstrating developed/ implemented workforce development, life skills, and educational programming to meet the needs of youth that previously experienced homelessness. *Id*. Candidate E also had several other work experience skills that specifically related to the issue of homelessness. *Id*.  By contrast, while Mr. Qiydaar had extensive teaching experience, specifically in the area of special education and community experience based in mentorship, Mr. Qiydaar had no experience specifically related to issues relating to homelessness. *See* Ex. 2.

27.     I was able to look in the hiring system to view the position of *IRC 3215: Training/QA Specialist*. Mr. Qiydaar applied for this position on January 27, 2014. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application

11

for this position was "eligible". On September 29, 2014, Candidate F was hired to fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar. This position required at least one year of experience as a trainer, presenter, project manager, teacher, or in related fields. *See* Attach. 6. Candidate F had over one year of experience as a teacher and master's degree in Instructional Technology. The resume for Candidate F also demonstrated experience in project planning and project management skills while also highlighting qualifications in best practices for training. By contrast, while Plaintiff had extensive teaching experience, specifically in the area of special education and working to develop IEPs and behavioral intervention programs, Plaintiff's experience emphasized mentoring and his highest level of education was a bachelor's degree. *See* Ex. 2. ___.

28.     I was able to look in the hiring system to view the position of *IRC 6148: Specialist-Youth Engagement*. Mr. Qiydaar applied to this position on October 2, 2017. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible". On January 8, 2018, Candidate G was hired to fill this position. Based on my review of resumes and the job description for this position, BCBSC selected a candidate that was more qualified than Mr. Qiydaar. This position required that the candidate selected for hire have experience demonstrating an ability to engage and foster connections with youth while also providing large scale training of school-based staff as well as youth. *See* Attach. 7. The position also required that the candidate selected for hire have experience demonstrating knowledge of laws, regulations, and policies that impact the BCBSC community. *Id.* Candidate G identified themselves as a youth engagement expert with experience in teaching and training youth as well as adults in an urban environment and was enrolled in a master's program at the time of application.

12

*Id.* Candidate G also had experience working with student leaders and youth led organization as well as knowledge of laws, regulations, and policies affecting Baltimore City's students. *Id.* By contrast, Mr. Qiydaar was not enrolled in master's program and his highest level of education was a bachelor's degree. *See* Ex. 2. While Mr. Qiydaar had a focus on teaching specifically in the area of special education, Mr. Qiydaar's resume demonstrated limited youth engagement experience with no demonstration of experience or knowledge of law, regulations, or policies impacting Baltimore City's students. *Id.*

29. I was able to look in the hiring system to view the position of *IRC 1339: Family and Community Engagement Specialist.* Mr. Qiydaar applied for this position on December 16, 2011. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible". On July 9, 2012, Candidate H and Candidate I were hired to fill the vacancies for this position. Based on my review of resumes and the job description for this position, BCBSC selected candidates that were more qualified than Mr. Qiydaar. This position required a candidate to act as a liaison between City Schools headquarters and individual school administrators/staff, specifically to facilitate best practices for family and community engagement, while also developing and implementing training throughout City Schools. *See* Attach. 8. The two candidates selected for this position each demonstrated at least three years of successful experience in working with community based or family supporting organizations. *Id.* They also had demonstrated experience in training and/or experience maintaining relationships with volunteer and community partners. *Id.* By contrast, Mr. Qiydaar's resume placed an emphasis on 15 years of teaching experience with emphasis on special education services (such as developing individualized education plans); however, Mr. Qiydaar had minimal

13

training experience; and his resume did not demonstrate an ability to meet the desired level of training to be employed in the position. *See* Ex. 2.

30.     I was able to look in the hiring system to view the position of *IRC 1093: Staff Associate-12 Month*. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "eligible".   On January 29, 2011, Candidate J was hired to fill a vacancy for this position. On February 14, 2011, Candidate K was also hired to fill a vacancy for this position. Based on my review of resumes and the job description for this position, BCBSC selected candidates who were more qualified than Mr. Qiydaar. This position required a candidate to act as a liaison between City Schools headquarters and individual school administrators/staff, specifically to facilitate best practices for family and community engagement, while also developing and implementing training throughout City Schools. *See* Attach. 9.   The candidates selected for this position each demonstrated at least three years of successful experience in working with community based or family supporting organizations. *Id*. They also had demonstrated experience in training and/or experience maintaining relationships with volunteer and community partners. *Id*. By contrast, Mr. Qiydaar's resume placed an emphasis on 15 years of teaching experience with emphasis on special education services (such as developing individualized education plans); however, Mr. Qiydaar had minimal training experience; and his resume did not demonstrate an ability to meet the desired level of training to be employed in the position. *See* Ex. 2.

31.     I was able to look in the hiring system to view the position of *IRC 3667: Manager-Teacher Evaluation*. Mr. Qiydaar applied for this position on December 10, 2014. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "no longer available".   This means that the employment posting was removed

14

without a hiring for the vacant position because BCBSC either no longer had a need for the position or no longer had funds designated for the position.

32.     I was able to look in the hiring system to view the position of *IRC 1163: Family Institute Specialist*. Mr. Qiydaar applied for this position on June 7, 2011. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "position filled". This designation means that when Mr. Qiydaar applied, at the time his application was submitted, the position was no longer open because the position had been filled by another candidate. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled.

33.     I was able to look in the hiring system to view the position of *IRC 2804: Assistant-Legal Department*. Mr. Qiydaar applied for this position on August 17, 2013. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "position filled". This designation means that when Mr. Qiydaar applied, at the time his application was submitted, the position was no longer open because the position had been filled by another candidate. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled.

15

34.     I was able to look in the hiring system to view the position of *IRC 2878: School
*Achievement Trainer*. Mr. Qiydaar applied for this position on August 17, 2013. Based on my
review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application
for this position was "position filled". This designation means that when Mr. Qiydaar applied, at
the time his application was submitted, the position was no longer open because the position had
been filled by another candidate.  This lag occurs sometimes because there is a delay on updating
BCBSC's hiring website between the time that the position has been filled and the time it takes for
the position to be removed from the list of open positions on the website.  Therefore, there are
occasions where candidates have the ability to apply online for positions that have already been
filled.

35.     I was able to look in the hiring system to view the position *of IRC 3186: Special
Assistant*. Mr. Qiydaar applied for this position on January 2, 2014. Based on my review, I
determined that the final status of the pre-screening process for Mr. Qiydaar's application for this
position was "position filled".  This designation means that when Mr. Qiydaar applied, at the time
his application was submitted, the position was no longer open because the position had been filled
by another candidate.  This lag occurs sometimes because there is a delay on updating BCBSC's
hiring website between the time that the position has been filled and the time it takes for the
position to be removed from the list of open positions on the website.  Therefore, there are
occasions where candidates have the ability to apply online for positions that have already been
filled.

36.     I was able to look in the hiring system to view the position of *IRC 3707: Board
Executive*. Mr. Qiydaar applied for this position on April 18, 2015. Based on my review, I
determined that the final status of the pre-screening process for Mr. Qiydaar's application for this

16

position was "position filled". This designation means that when Mr. Qiydaar applied, at the time his application was submitted, the position was no longer open because the position had been filled by another candidate. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled.

37.     I was able to look in the hiring system to view the position of *IRC 5968: Staff Specialist-Student Resilience Grant*. Mr. Qiydaar applied for this position on October 2, 2017. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "position filled". This designation means that when Mr. Qiydaar applied, at the time his application was submitted, the position was no longer open because the position had been filled by another candidate. This lag occurs sometimes because there is a delay on updating BCBSC's hiring website between the time that the position has been filled and the time it takes for the position to be removed from the list of open positions on the website. Therefore, there are occasions where candidates have the ability to apply online for positions that have already been filled.

38.     I was able to look in the hiring system to view the position of *IRC 3587: Program Evaluator II – Effectiveness Framework*. Mr. Qiydaar applied for this position on October 12, 2014. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "pre-screened out". For this position, based upon the job description and Mr. Qiydaar's resume, HC determined that Mr. Qiydaar's qualifications did not meet the core criteria and stated requirements of the open employment position. *See*

17

Attach. 10.   As detailed in the job description, the position required a bachelor's degree in Education, Psychology, Sociology, or a related field with five years of experience with program evaluation and/or statistical assessment analysis or Master's degree in Education, Psychology, Sociology, or a related field with three years of experience with program evaluation and/or statistical assessment analyses. *Id.* Mr. Qiydaar's highest level of education was a bachelor's degree and while Mr. Qiydaar had extensive teaching experience, specifically in the area of special education, he had no experience in program evaluation and/or statistical assessment analyses. *See* Ex. 2 .

39.    I was able to look in the hiring system to view the position of *IRC 1108: School Support Networks Team Facilitator*.  Mr. Qiydaar applied for this position on April 17, 2011. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "terminate application".  This designation means that Mr. Qiydaar decided to withdraw and/or terminate his employment application, or he communicated to an HC representative that he is no longer interested in the position.  When a candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been terminated.

40.    I was able to look in the hiring system to view the position of *IRC 1119: Family and Community Engagement Specialist*. Mr. Qiydaar applied for this position on May 7, 2011. Based on my review, I determined that the final status of the pre-screening process for Mr. Qiydaar's application for this position was "terminate application".  This designation means that Mr. Qiydaar decided to withdraw and/or terminate his employment application, or he communicated to an HC representative that he is no longer interested in the position.  When a

18

candidate communicates to an HC representative that they are no longer interested in the position, the HC representative updates the system to indicate that the employment application has been terminated.

41.     In my employment capacity with HC, I have the ability to check the eligibility of any person seeking employment with City Schools.  Based upon my review of all records and systems that track employment applications, there are no notes, flags, or any indications that Mr. Qiydaar is not permitted to apply for or be employed by City Schools for any employment position for which Mr. Qiydaar is qualified and successfully completes the application process. Thus, at no point was Mr. Qiydaar ineligible for hire as a result of the complaint he filed with the Maryland Commission on Civil Rights ("MCCR") or for any other reason.


I SOLEMNLY SWEAR AND AFFIRM, under penalty of perjury and based upon personal knowledge, that the contents of the foregoing affidavit are true and correct.

9/9/2021
Date

Ashley Wilder
Talent Manager, Office of Human Capital
Baltimore City Public Schools

19

# BALTIMORE CITY
## P U B L I C   S C H O O L S

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Family & Community Engagement (FCE) Specialist | | |
| **DIVISION:** | Office of School Support Networks | **JOB CODE:** | 109765 |
| **DEPARTMENT:** | | **AFFILIATION:** | PSRP |
| **DATE DEVELOPED:** | 5/3/11 | **GRADE:** | 183 |
| | | | Posted Range: $65,000-$75,000 |
| **REVISION DATES:** | | **OVERTIME STATUS:** | Exempt |

| | |
|---|---|
| **REPORTS TO:** | School Support Networks Team Facilitator |
| **SUPERVISOR'S SUPERIOR:** | School Support Networks Officer |
| **POSITIONS SUPERVISED:** | None |

### FY12 related positions are contingent on board approval.

### All applications will be reviewed on a rolling basis.
### First round interviews are for internal candidates only.

**Organizing to Better Support Schools**

To better support schools and ensure success for all students, Baltimore City Public Schools (City Schools) is reorganizing its district office to move key resources and support closer to schools, and to improve the flow of and access to information across the district. To do this, it is creating robust and differentiated School Support Networks, school leadership support resources and a transparent school and school leader evaluation system, and a formal district knowledge management function.

**School Support Networks**

City Schools will move as much district office support as possible close to the schools by creating 15-20 large, robust and differentiated School Support Networks that will provide direct support and services to schools. Schools will be assigned School Support Networks based on leadership needs, and the networks will be tailored to meet schools' needs.

The School Support Networks will be a single point of entry, or "one-stop shop," for integrated and cross-functional support that meets schools' unique needs; a structure guided and supported by parallel functions in the district office, but with the ability to move work and get things done on behalf of schools; and a source of information to and from schools and the core district that shapes district policies and practices. The Networks will have two key functions: to deliver operational and achievement related services (transactional) and supports (developmental) to schools, and to deeply know schools.

The School Support Networks will be overseen by a School Support Networks Officer. Each network will serve a group of approximately 12 schools and each will have a Facilitator and between six and

<span style="color:red">**ATTACHMENT 1**</span>

nine instructional and operational staff members who provide direct supports and services to the network schools. These supports and services span the following areas: data analysis, family and community engagement, special education, budget and procurement, grants management, facilities, transportation, and human capital. Depending on individual school needs, they will also provide instructional, academic content and student supports.

Because all network members are responsible for ensuring that schools are functioning to provide all students the necessary opportunities to achieve academic success, network staff will work closely with each other to support principals. Additionally, network staff members are expected to know schools better than anyone in any other part of the City Schools organization, and share this information in a systemic way to better inform processes and supports.

The School Support Networks, in turn, will be supported by a much leaner district office that provides strategic direction, guidance, infrastructure and district knowledge. Each team will also work closely with a corresponding Executive Director for Principal Support and Accountability, whose role is to provide strategic guidance and support to school principals.

## JOB SUMMARY
The School Support Networks Family & Community Engagement (FCE) Specialist works collaboratively with schools, parent groups, and community partners to develop and implement effective family, community engagement, and communications strategies at the school level.

## ESSENTIAL FUNCTIONS
- Assists schools in development and implementation of an effective family and community engagement strategy at the school level.
- Identifies training opportunities that address school needs and ensures the training opportunities are provided to schools' personnel, families, and partners within network.
- Educates and trains assigned schools on FCE policies, procedures, and processes.
- Provides technical assistance, monitors schools' progress, and keeps parents informed and involved in *No Child Life Behind* (NCLB) Title 1 activities.
- Works collaboratively with organized parent groups at identified set of schools to help those groups work effectively with schools.
- Assists in recruiting and maintaining partnership relationships with identified constituencies in support of city public schools.
- Facilitates communications between school personnel, families, and partners, including supporting strategies on use of school websites, publications, social media and marketing tools.
- Assists schools in addressing parent complaints as needed.
- Prepares reports for school support network leadership team review.
- Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school board policies, and professional standards.

## QUALIFICATIONS
➤ Bachelor's degree in a related field from an accredited college or university
➤ Three years experience in training, systems change, community organizing, communications or development in a nonprofit, government or business setting
➤ Experience working with community based or family supporting organizations
➤ Experience developing and maintaining relationships with volunteer and community partners
➤ Excellent verbal and written communication skills, including the ability to make effective public presentations
➤ Excellent organization skills and follow through
➤ Interpersonal skills that emphasize team-building
➤ Ability to analyze data and systems that can affect parents
➤ Ability to learn communications systems and train others
➤ Ability to engage parents and the community in school activities
➤ Ability to organize networks of support for programs or institutions
➤ Ability to work effectively in high-paced environment with deadlines and multiple stakeholder viewpoints.
➤ Proficiency in using computer and web-site applications including databases, Microsoft Office applications, and email

## PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES
➤ Performs other related duties as assigned.
➤ Evening and weekend work will be required.
➤ Local travel to school and community locations will be required.

## PHYSICAL DEMANDS
➤ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

## WORK ENVIRONMENT
➤ Not substantially exposed to adverse environmental conditions.

## EVALUATION
➤ Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of employees.

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

| | | | |
|---|---|---|---|
| Michael Sarbanes | Date | Tisha S. Edwards, MSW, JD | Date |
| Executive Director – Partnerships, | | Chief of Staff | |
|   Communications & Community Engagement | | | |



## QUALIFICATIONS SUMMARY

Highly-motivated, driven, Family and Community Engagement expert with over 10 years of experience in providing strategic guidance and high-impact family and community engagement services in non-profit and K-12 education sectors. Highly-skilled at developing and implementing programming for underrepresented communities and diverse populations. Extensive expertise in managing multiple projects simultaneously that provide meaningful results. Highly skilled in community organizing, partnerships, quality assurance and family and community engagement linked to school-improvement. Demonstrated success collaborating with individuals and groups from diverse socio-economic and cultural backgrounds.

## SKILLS

- Event Planning & Management
- Partnership Management
- Family & Youth Advocacy
- Workshop Facilitator

- Cultural Competency
- Title I Management
- Crisis Intervention
- MS-Office-Suite/Graphic Design

- Community Schools
- Case Management
- Community Organizer
- Public Relations & Marketing

## PROFESSIONAL EXPERIENCE

Mid Atlantic Equity Consortium (MAEC)
**SIG IV Family Community Engagement (FCE) Specialist** (July 2017- Present)

- Provide strategic guidance and technical assistance to the district's lowest performing schools to ensure families are engaged in the turnaround strategy and process for school improvement.
- Collaborate with instructional leadership teams, School Family Councils (SFC) and community based organizations to evaluate data (i.e. school climate, attendance, engagement, academic achievement), program effectiveness and services.
- Establish relationships with organizations and community stakeholders to identify and eliminate barriers to student achievement, school improvement and parent engagement
- Assist schools in development and implementation of an effective FCE strategy.
- Utilize parent feedback and input to identify and facilitate training opportunities for staff, parents and community partners.
- Educate and train assigned schools on FCE policies, procedures, processes and best practices.
- Provide technical assistance, monitor schools' progress, and kept parents informed and involved in *No Child Left Behind* (NCLB) Title 1 activities.
- Work collaboratively with organized parent groups at identified set of schools to help groups work effectively with schools.
- Assist in recruiting and maintaining partnership relationships with identified constituencies in support of city public schools.
- Facilitate communications between school personnel, families, and partners, including supporting strategies on use of school websites, publications, social media and marketing tools.
- Assist schools in addressing parent complaints as needed.
- Prepare reports, memos and correspondence for school support network leadership team review.
- Serve as liaison between schools, parents, families, businesses and community agencies to improve community and school relations

Strong City Baltimore
**Community School Coordinator** (September 2012- May 2017)
- Facilitated and provided leadership for the collaborative process and development of a continuum of services for children, families and community partners within the school's neighborhood.
- Served as liaison between schools, parents, families, businesses and community agencies to improve community and school relations.
- Developed and coordinated new partnerships guided by data and the School Performance Plan (SPP).

1

- Collaborated with instructional leadership team, SFC and community based organization to evaluate data (i.e. school climate, attendance, engagement, academic achievement), program effectiveness and services.
- Served as member of the school's instructional leadership, attendance and student support teams to ensure alignment of supports to SPP goals and community development strategic plan.
- Organized, train and develop parent leaders to lead community projects, parent-teacher collaboration efforts, policy development and advocacy.
- Established and maintained relationships with organizations and community stakeholders to identify and eliminate barriers to student achievement, school improvement and parent involvement.
- Engaged in and lead neighborhood-based fieldwork to increase the school's visibility in the community.
- Developed and implemented approved action plan by establishing partners, co-locating resources (within the school), developing work plans, agreements; and connecting families and community residents to those resources.
- Created, strengthened, and maintained the bridge between the school and community partners.
- Collaborated with diverse stakeholders and thought partners developing a continuum of services for underrepresented children, families and community members.
- Served as co-chair of the SFC and FCE Committee
- Planned and coordinated all school outreach initiatives and programs including community town halls, parent initiatives, resource fairs, trainings, forums, family fun nights, academic carnivals and workshops.
- Conducted research/assessments on community engagement and parental involvement trends to develop and incorporate best practices for the school community
- Created and implemented a school/community-wide marketing campaign, "*It Takes Us All…All Paws In*" to relaunch the school's mission and vision to the community and partners.
- Supervised administrative support staff, Flagship Instructors, and interns; including participating in the selection process, training, mentoring and evaluations throughout the academic school year.
- Created and maintained substantial partnerships in Health, Mental Health, Tutoring, Out of School Time, Youth Development and Parent Development.
- Sourced, trained and managed volunteers in support of Community Schools efforts and community needs.
- Utilized the Maryland State Department's Family Engagement Framework to develop and implement high-impact FCE projects and initiatives including: professional development for teachers and staff; workshops for parents; academic family nights.
- Researched, recruited and coordinated four new S.T.E.A.M. flagship partners and programming funded by Community Development Partners.

Community Engagement Consultant, Baltimore, MD,
**Parent/Family & Youth Advocate/Trainer** (June 2008 – Present)
- Utilize research relating to historically underrepresented communities to develop, implement, coordinate outreach initiatives including, job fairs, educational workshops, support groups and community outreach events.
- Managed and led community engagement and needs assessment process for Baltimore's lowest performing schools to ensure parent/community input informed action plans.
- Coordinated, promoted, and recruited sponsorships for City Wide Unify Baltimore "Education One" Back to School Rally.
- Planned and coordinated Black Girls Vote "Get In Formation" Voter Registration Rally with M &T Bank Stadium and Democratic National Convention Outreach Initiatives.
- Sourced, managed and recruited sponsorships for Baltimore Uprising Youth Rally.
- Coordinated Baltimore Local Organizing Committee for the 2015 Million Man March.
- Created and implemented Baltimore C.H.A.R.M. College tour Campaign
- Created and facilitated mentoring, counseling, life skills, self-esteem, and goal setting sessions for youth and families.
- Served as facilitator at the Notre Dame University of Maryland and Ameri-Corps National Leadership Conferences.
- Presenter and trainer for Morgan State University Student Ambassadors Leadership Training.

2

- Presenter and facilitator for the following conferences: Lincoln University Leadership Conference; Center for Disease Control: Violence Prevention Program for Baltimore; Richard Wright Public Charter School for Journalism and Media of the Arts and the Baltimore City Public Schools' Annual Family and Community Engagement Conference.

Boys Hope Girls Hope of Baltimore (BHGH), Baltimore, MD,
**Family Services Support Staff/Program Manager & Counselor** (August 2010 – July 2017)
- Guide multicultural stakeholders through strategic planning to provide programmatic opportunities for underrepresented youth and families.
- Develop and implement programming focusing on academic achievement and inclusion for residential at-risk students and families.
- Coordinate community learning opportunities, and projects with students and corporate stakeholders.
- Assists with referral/recruitment for potential scholars and volunteers.
- Plan and implement community relations events and activities for students and community partners.
- Screen, trains, and foster relationships with community volunteers/mentors
- Build and foster partnerships with local corporations, colleges/universities, sororities/ fraternities, churches, and secondary schools in support of students and the surrounding neighborhood.
- Accurately maintained and processed monthly reports, caseload documentation, staff records, student records, collegian records and annual national quality performance reviews.
- Serves as a parent liaison and parent advocate; provide unemployment and work force development referrals.

Friends School of Baltimore, Baltimore, MD
**Counselor/Teacher and Student Assistant** (June 2005 – August 2011)
- Planned and coordinated educational enhancement programs for at risk/ underserved students and families.
- Implemented team building techniques, self-esteem development, and recreational programs.
- Fostered family involvement while creating a comfortable productive learning environment for program participants.
- Facilitated workshops on literacy, job readiness, time management and life skills.

SEED School of Maryland, Baltimore, MD
**Student Life Assistant and Counselor** (June 2008 – April 2010)
- Coordinated with student support services to counsel at risk students and parents.
- Developed and facilitated life-skill, character value and college readiness lessons for students and families.
- Lead staff and training coach for all Student Life Staff.
- Implemented, created and fostered a college success atmosphere for students and their families.
- Coordinated community and college volunteer registration process and student orientation.
- Designed, and implemented the Student Life Curriculum, grading system and student/parent policy handbook.

## EDUCATION

**The Lincoln University**                              **Lincoln University, PA**
*Bachelor of Science – Sociology May 2008 / Bachelor of Science – Anthropology May 2008*
## COMMITTEES AND NATIONAL AFFILIATIONS/MEMBERSHIPS

- Delta Sigma Theta Sorority, Inc.
- Broken Promise Schools, Inc.
- National Action Network
- Black Girls Vote, Inc.
- Baltimore Education Coalition
- Baltimore Learns Every Day! Coalition
- The BeMore Group
- The Baltimore School Climate Collaborative
- City Schools Newcomer/Immigrant Workgroup

3

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Manager – Community Engagement | | |
| **DIVISION:** | Chief Executive Officer | | |
| **DEPARTMENT:** | Partnerships, Communications & | **JOB CODE:** | 110328 |
| | Community Engagement | **AFFILIATION:** | UAF |
| **DATE DEVELOPED:** | 11-05-15 | **GRADE:** | 185 |
| **REVISION DATE:** | | **OVERTIME STATUS:** | Exempt |

| | |
|---|---|
| **REPORTS TO:** | Executive Director, Engagement |
| **SUPERVISOR'S SUPERIOR:** | Chief of Staff |
| **POSITIONS SUPERVISED:** | None |

**JOB SUMMARY**

Responsible for development, management, implementation and evaluation of a comprehensive community engagement strategy that expands the reach of Baltimore City Public Schools into local communities and supports the mission, vision and strategic priorities of the CEO and Board of School Commissioners. Serves as a liaison with parent organizations, education advocates and community-based organizations regarding district-wide family and community engagement programs and initiatives. Represents City Schools at various community meetings and events.

**PERFORMANCE RESPONSIBILITIES: ESSENTIAL FUNCTIONS**

➢ Promotes positive relationships and creates effective partnerships between the district and the community through active engagement with neighborhood and community-based organizations, local businesses, volunteer organizations and other external partners.

➢ Serves as a liaison between the district, parents, members of the community, and community-based organizations. Organizes proactive community relations activities. Assists in addressing ongoing community concerns as needed.

➢ Regularly attends meetings of the Parent Community Advisory Board, PTOs/PTAs, school family councils, and various neighborhood/community associations. Holds recurring community conversations to hear public concerns, solicit recommendations for school/district improvement, and advocate for increased community participation.

➢ Develops alliances with local education advocates, children's advocates and community activists around matters of interest to the district and to the community, with the goal of increasing resources and support for students and schools.

➢ Provides leadership in the creation and implementation of community surveys and other feedback mechanisms.

➢ Creates and maintains a comprehensive database of community-based volunteers, organizations, non-profits and advocates for improved dissemination of district news, events and announcements.

➢ Promotes awareness and interest in volunteer and partnership program development.

➢ Regularly reviews and monitors system policies concerning family and community engagement.

➢ Collaborates with external partners to design, manage and implement special events and initiatives supporting and celebrating the work of CBOs, volunteers and families throughout the district.

➢ Provides professional, courteous and timely response to constituent inquiries and requests for technical assistance.

➢ Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school board policies and the professional standards.

**ATTACHMENT 2**

**QUALIFICATIONS**
- Bachelor's degree in a related field. Master's degree preferred. Degree must be from an accredited college or institution.
- Three to five years of community organizing, development, engagement, planning, outreach or other comparable experience required.
- Excellent verbal communication skills, including the ability to make effective public presentations.
- Superior writing ability, including the ability to conduct and communicate complex research and analyses.
- Proficiency in computer applications, including databases, word processing, email listservs and PowerPoint.
- Ability to work with all levels of management to facilitate change, implement strategy and accomplish objectives.
- Demonstrated experience to engage participation at all levels of an organization, generating collective vision and excitement around the body of work.
- Ability to thrive in a fast-paced environment.
- Excellent organizational skills follow through and attention to detail.

**PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES**
- Performs other related duties as assigned.

**PHYSICAL DEMANDS**
- Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
- Not substantially exposed to adverse environmental conditions.

**EVALUATION**
- Performance of this position will be evaluated in accordance with the provisions of the applicable Board policy and or administrative regulations.

**NOTICE OF NONDISCRIMINATION**
- Baltimore City Public Schools does not discriminate in any aspect of employment on the basis of race, color, ancestry or national origin, religion, sex, sexual orientation, gender identity, gender expression, marital status, disability, veteran status, genetic information, or age. For inquiries regarding the nondiscrimination policies, please contact the Equal Employment Opportunity Manager, 200 E. North Avenue, Room 208, Baltimore, MD 21202; 410-396-8542 (phone); 410-396-2955 (fax).

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

| | | | |
|---|---|---|---|
| _signature_ 11/10/15 | | _signature_ 11/12/15 | |
| Naomi Gubernick | Date | Deborah T. Sullivan | Date |
| Chief of Staff | | Interim Chief Human Capital Officer | |



## SUMMARY OF QUALIFICATIONS
- Strategic communications professional with experience developing outreach and engagement strategies for educational institutions, community organizations, and corporations that are designed to support youth and community development efforts.
- Experienced development professional with success in managing corporate partnerships and volunteer programs, by leveraging resources to support student achievement and institutional priorities.
- Proficient events/project manager - capable of planning and implementing initiatives that engage participation of stakeholders at varied levels of organizations by utilizing a systematic approach to managing resources and producing deliverables.

## EDUCATION
**M.A., Journalism and Communications**, The Ohio State University, Columbus, OH, 2003.
**B.S., Telecommunications**, Morgan State University, Baltimore, MD, 2002.
**Project Management: A Systems Approach**, UMBC Training Centers, Baltimore, MD, 2006.
      Completed 56-hour course in project management.

## PROFESSIONAL EXPERIENCE
**Baltimore City Public Schools, Baltimore, MD**                  **02/16 – present**
*Manager – Community Engagement*
- Established and maintained positive relationships with individuals and organizations in order to cultivate volunteers, partners, and donors to support district and school priority areas related to tutoring, mentoring, staff capacity building, and student engagement.
- Managed the implementation of signature events and special meetings (CEO Community Conversations, Rezoning Meetings, and Budget Meetings) as an opportunity to enhance engagement between community members and district leaders.
- Provided oversight to program pilot of the Living Tree community engagement online platform, in order to promote events and initiatives of interest and manage relationships between school-based engagement leads and families.
- Served as an advisor to the Parent and Community Advisory Board (PCAB) volunteer group by providing support with administration, navigating district policies, and facilitating training and development opportunities.
- Led workgroups to support school family council development and short-term partner requests and opportunities.

**Baltimore City Public Schools, Baltimore, MD**                  **08/11 – 02/16**
*Family and Community Engagement Specialist*
- Facilitated the design and implementation of comprehensive family and community engagement strategies that supported the mission of school programs, impacting more than 10,000 students and families in forty-three (43) schools spanning grades Pre-K - 12.
- Conducted needs assessments and partnered with district and school staff to build familiarity with instructional programs and critical areas of need in order to coordinate strategic partnerships, resulting in scholarship opportunities for students, out-of-school time programs, and in-school supports to reduce suspensions in identified schools.
- Developed communications materials and coordinated trainings to strengthen the capacity of school staff and families to engage in efforts to enhance student achievement and improve schools.
- Assisted school staff with organizing parent groups and school family councils and supported the Engagement Office with recruitment and selection of volunteers to serve on the Parent and Community Advisory Board (PCAB).
- Facilitated the management and organization of regional forums designed to capture community feedback related to the District's 5-year Strategic Plan, which engaged more than 800 participants from various stakeholder groups.
- Monitored the implementation of state and federal grants for Title I – Part A and Turnaround/Priority Schools and school-based grants for Community Schools and Community Support for Schools, by providing technical assistance to grantees and supporting data collection and evaluation for family engagement programs.

**Community College of Baltimore County, Baltimore, MD**                    2/10 – 12/12
*Adjunct Faculty, Communications Studies Department*
- Instructed *Fundamentals of Communications* introductory course focused on special topics including public speaking, interpersonal relationships, multicultural communication, and group dynamics.
- Utilized a student-centered approach in designing techniques for instruction, while maintaining an 80% or higher student achievement rate on performance measures.
- Participated in cross-departmental teams aimed at building diversity in course content that would reflect a global communications perspective.

**University of Maryland, Baltimore County, Baltimore, MD**                    07/08 – 07/11
*Assistant Director, Alumni Relations*
- Supported the design and implementation of the corporate alumni program, which increased volunteer participation in university signature events (Career Week and Annual Alumni Awards), departmental initiatives, and career affinity and networking groups.
- Managed special direct development projects targeting individual donors through on-campus alumni and student giving initiatives, leading to outcomes linked to annual giving and student success and retention goals.
- Utilized database and other tracking tools to develop project briefings, presentations, and annual reports of overall corporate alumni program impact.
- Served as spokesperson at select Office of Alumni Relations events and campus meetings.

**University of Maryland, Baltimore County, Baltimore, MD**                    04/07 – 06/08
*Assistant Director, Corporate Partnerships*
- Managed a portfolio of more than 10 corporate contracts, stewarding relationships by identifying opportunities for funding faculty/student research, scholarships, and internship opportunities for students.
- Provided programmatic oversight to the activities of designated public and private organizations on campus, by developing comprehensive plans for outreach and engagement.
- Advised senior leadership on corporate partner activities in order to enhance strategic plans for corporate engagement on campus.

**University of Maryland, Baltimore County, Baltimore, MD**                    12/05 – 03/07
*Project Manager* **for The Choice Program**
- Assisted the Grants and Marketing specialist with the overall management of adolescent programming grants and contributed content to grant applications and reports to sustain efforts.
- Prepared budgetary materials and provided oversight to the implementation of job training curriculum, extended learning opportunities for the arts, and career and college exploration programming for youth involved in the juvenile justice system and their families.
- Facilitated presentations and provided technical assistance to office teams on program implementation and resource development.

**Motivational Educational Entertainment Productions, Philadelphia, PA**                    01/04 – 11/05
*Project Manager*
- Managed administration of multi-media teen pregnancy prevention and youth development campaigns with grant budgets ranging from $250,000 – $500,000.
- Supervised 3 outreach staff and more than 50 youth outreach workers, providing professional development and enrichment trainings with topics including, adolescent pregnancy prevention, reproductive health advocacy, HIV/AIDS prevention, goal setting for education attainment and personal growth.
- Implemented campaign deliverables, including media product launches, presentations, community forums, and print and online communications.
- Strengthened and maintained a 250-person network of partners in faith-based, non-profit, community-based, and government organizations in campaign locations including Baltimore, MD and Washington, DC.

**Philadelphia Public Schools – Teach for America, Philadelphia, PA**          06/03 – 12/03
*Corps Member and Educator* **at Gillespie Middle School, Grade 6**
- Developed home-school communication tools to increase parental involvement in student academics.
- Prioritized relationship building with students and families to ensure culturally relevant content for lessons.
- Implemented weekly lessons plans based on state curriculum standards and goals.
- Monitored student performance on tasks and assessment tools, while achieving 70% student achievement on these measures.

## AWARDS AND AFFILIATIONS
**Mikey's Miracle Foundation,** board member and board secretary, 2016 – present.
**The Baltimore City College Alumni Association,** board member, 2008 – 2011.
    Served as Chair of Women of City membership and fundraising subcommittee.
**Maryland Governor's Award for Service and Volunteerism,** award recipient, 2008.
**Miss Black USA Community Service Award**, award recipient, 2007.
**Baltimore Alumnae Chapter, Delta Sigma Theta Sorority, Inc.,** member, 2007 – present.
    Served on various outreach committees, including service as a mentor and co-chair of the Delta Academy (a mentoring program for adolescent girls ages 11-18).

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Staff Specialist (FCE) Policy | | |
| **DIVISION:** | Engagement Office | **JOB CODE:** | 110175 |
| **DEPARTMENT:** | Family & Community Engagement | **AFFILIATION:** | PSRP |
| **DATE DEVELOPED:** | 5/25/11 | **GRADE:** | 857-859 |
| **REVISION DATES:** | 7/06/12; 6/26/14 | **OVERTIME STATUS:** | Exempt |

**REPORTS TO:** Director – Family & Community Engagement
**SUPERVISOR'S SUPERIOR:** Executive Director – Engagement Office
**POSITIONS SUPERVISED:** None

## JOB SUMMARY

The Staff Specialist - Family & Community Engagement Policy Specialist will be responsible for assisting in the development and implementation of Family & Community Engagement policies and regulations. This person will manage, monitor and track the operations of the district's Family & Community Engagement program and ensure that best practices in community engagement are shared at both the district and school level and will conduct research initiatives to ensure that the families' needs are being adequately met.

## ESSENTIAL FUNCTIONS

➤ Develops policies, regulations, and guidance related to Family and Community Engagement.
➤ Maintains data-tracking systems on implementation of policies, regulations, and guidance related to Family and Community Engagement.
➤ Develops and monitors work plans on outreach and engagement initiatives at district and school levels for families of students with distinctive features including: English Language Learners, Title I, students with disabilities, gifted and talented, foster care, etc.
➤ Coordinates support for Family & Community Engagement Specialists on School Support Networks.
➤ Coordinates district meetings, trainings and community events with school-based FCE specialists.
➤ Coordinates sharing of effective FCE strategies at both the district and school level among support teams, school level staff, organized parent groups, and others .
➤ Facilitates collaboration with partners including developing communications and creating partnership strategies.
➤ Participates in special projects and studies to analyze and evaluate needs and services related to community engagement.
➤ Monitors and works with providers who are contracted to support family and community engagement, such as community-based organizations.
➤ Prepares reports, memoranda and other communication documents, procedures and programs as directed by the FCE director.
➤ Produces FCE annual reports.
➤ Maintains FCE district-level databases.
➤ Responds to concerns, complaints, grievances and information requests related to district FCE policies.
➤ Represents FCE director in various meetings as directed.
➤ Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school board policies and the professional standards.

**ATTACHMENT 3**

QUALIFICATIONS
- ➢ Bachelor's degree in a related field. Degree must be from an accredited college or institution.
- ➢ Three (3) years of related professional and administrative experience including training, system change, community organizing or development in a nonprofit, government or business setting.
- ➢ Experience developing policies, regulations or guidance preferably in an educational environment.
- ➢ Experience working with families and parent organization or comparable community based organizations.
- ➢ Expertise in the use of Microsoft applications including Outlook, Word, Excel, and PowerPoint and proficiency in other computer applications including database management and web tools.
- ➢ Excellent verbal and written communication skills, including ability to write guidance and make effective public presentations.
- ➢ Interpersonal skills that emphasize team-building.
- ➢ Excellent follow through and exceptional attention to detail.
- ➢ Ability to train others.
- ➢ Ability to analyze data and systems.
- ➢ Ability to work effectively in a high paced environment with aggressive deadlines.
- ➢ Ability to balance multiple stakeholder viewpoints.
- ➢ Ability to work with all levels of management to facilitate change, implement strategy and accomplish objectives.

PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES
- ➢ Performs other related duties as assigned.

PHYSICAL DEMANDS
- ➢ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

WORK ENVIRONMENT
- ➢ Not substantially exposed to adverse environmental conditions.

EVALUATION
- ➢ Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of employees.

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

S. Nicole Price                           Date
Director – Family & Community Engagement

Jennifer Bell-Ellwanger                   Date
Interim Chief of Staff

GREAT KIDS
GREAT SCHOOLS

███████████████████

████████████████████████████

## PROFESSIONAL SUMMARY

An adept and effective Family & Community Engagement leader with more than thirteen years of experience working in City Schools in pursuit of a leadership position.  Possess knowledge of City Schools' regulations, policies and procedures along with organizational skills, educational background, and ability to work well with people.  Accepts and readily adapts to changing priorities, strategies, procedures and methods.

## SKILLS

| | | |
|---|---|---|
| Oral Communication | Supervisory | Critical & Creative Thinking |
| Interpersonal | Problem Solve | Evaluative |
| Coach/Train | Leadership | Customer Service |

## WORK HISTORY

**Engagement Office Management 6/2014 to 8/2017**

**Baltimore City Public Schools– Baltimore, MD**

**(Program Manager) '16-Present**

- Serve as Engagement Office lead for multiple district/external initiatives; ensuring effective FCE strategies and best practices for district  initiatives
- Acts as team leader or team member on various assigned teams in development implementation and communication of family and community engagement strategy.
- Leads department activities associated with design, development and delivery of multi-tiered family engagement training
- Plan and facilitate weekly team  meeting
- Coordinate school alignment with new partners and sustain existing partners who are contracted to support family and community engagement, such as community-based organizations  in absence of a Partnerships Manager
- Serves as district liaison for Community School strategy
- Serves as liaison with city, state, federal, private agencies, and organizations regarding family and community engagement programs
- Supports development of and partners to deliver trainings for school staff, parents, partners, school leaders and other designated stakeholders on all related FCE policies, regulations and guidance
- Provide strategic guidance and support to Parent Involvement and Community Engagement Managers
- Monitors activities and effectiveness of Board policies and district strategies around parent and community engagement, leads program implementation, oversees reporting, and recommends improvements

- Works collaboratively with and cultivates and maintains high levels of trust with organized parent groups in the school system, citywide education and parent advocacy groups as well as other community based groups
- Coordinates district-wide learning opportunities for school staff on engagement of families and community members

**(Effective School-Based Partnerships Coordinator) '15-'16**

- Assess, support and evaluate school-based and district partnerships
- Create and manage process for on boarding new partners
- Train/orient five staff (Family and Community Engagement Specialists-FCEs), school administrators and staff as well as partners where applicable
- On-site evaluation  (i.e. visit schools to observe partnership programming in collaboration with FCE Specialists)
- Demonstrate success in interfacing with a variety of organizational functions and divisions to accomplish tasks; represent City Schools at partner sponsored events
- Perform Operation Manager duties to support vision due to limited capacity of team

**(Staff Policy Specialist) '14-'15**

- Provide technical assistance and professional development for team of 10 FCE Specialists
- Meet engagement objectives of 21st Century Buildings Plan, State Rated Capacity requirements and  invoicing process  for Community Schools strategy  as directed by leadership
- Facilitate weekly team content meetings
- Train parent leaders as requested
- Ensure implementation of district FCE policies
- Assess Family & Community Engagement Specialist's monitoring  of Title I  Parent Involvement spending, provide related coaching and evaluate trends
- Monitors activities and effectiveness of Board policies and district strategies around parent and community engagement, leads program implementation, oversees reporting, and recommends improvements.
- Monitors and works with providers who are contracted to support family and community engagement, such as community-based organizations
- Serves as a strategic liaison to Community Learning Networks.
- Works collaboratively with organized parent groups in the school system, including the City Schools' Parent and Community Advisory Board (PCAB), city-wide PTA organization and Special Education Community Advisory Committee (SECAC).
- Works with citywide education and parent advocacy groups and other community based groups.
- Coordinates district-wide learning opportunities for school staff on engagement of families and community members.
- Defines strategic direction for area of responsibility with approval from Executive Director.
- Acts as team leader or team member on various assigned teams in development implementation and communication of family and community engagement strategy.
- Leads department activities associated with design, development and delivery of multi-tiered family engagement training.

**M&F Trucking-Owner 4/2015 to Present**

**McIver Family Trucking, INC-Baltimore, MD**

- Manage company's operation and implementation of policy, guidelines, etc.
- Solicit business and oversee contract
- Hire and evaluate staff


**Interim School Support Network Team Facilitator, 12/2013 to 10/2014**
**Baltimore City Public Schools – Baltimore, MD**
- Deliver strategic programmatic and operational supports to school communities
- Partner with Executive Director in supporting the implementation of the strategic priorities of school leaders
- Conduct regular school visits, participate on school leadership teams, deploy appropriate network resources to meet school needs, and advocate on behalf of schools
- Manage School Support Network team members (six designees from various departments)


**Family & Community Engagement Specialist, 08/2010 to 06/2014**
**Baltimore City Public Schools – Baltimore, MD**
- Facilitate the development of school-level family and community engagement strategy and support implementation
- Teach the benefits and value of FCE as strategy to increase student achievement
- Conduct assessments, review, analyze data to help shape the FCE priorities
- Build schools capacity around effective partnerships
- Identify learning opportunities for parents aligned to school needs & strengths
- Support mandated governance structures and policy/guidance (School Family Council, Advisory Team, organized parent groups)


**Community Resource School Coordinator, 01/2008 to 08/2010**
**Greater Homewood Community Corporation – Baltimore, MD**
- Conduct on-going needs assessment of the school and surrounding community
- Create and implement Community School Action Plan
- Compose and disseminate family engagement monthly newsletter and web page
- Build civic and parent leadership capacity through training/activities; encourage family/community involvement in school decision-making


**Community Resource School Coordinator, 01/2007 to 01/2008**
**YMCA of Maryland Urban Services/ Diggs-Johnson Middle**
- Conduct on-going needs assessment of the school and surrounding community
- Create and update a Community School Action Plan and monthly progress reports
- Monitor and maintain a schedule of school activity and report productivity to administration
- Network to familiarize community of the goals of the Community School strategy
- Supervise the school attendance monitor
- Coordinate and collaborate to provide workshops, family nights and other events with a focus on safety, parent involvement, attendance, adult education and youth development


**Family Service Coordinator IV, 01/2006 to 01/2007**
**St. Veronica's Head Start – Baltimore, MD**

- Recruit students for pre-school program; assist families with registration process
- Provide guidance to parents to satisfy attendance, nutritional and medical needs
- Facilitate orientations and workshops to inform families of services offered
- Lead and conduct National Reporting Systems assessment for entire program
- Build and manage quality relationships with staff and families
- Encourage parental involvement and lead fatherhood involvement initiative
- Counsel families and offer crisis intervention
- Conduct home visits & develop family partnerships goals and follow-up meetings

**Lead Teacher, 01/2005 to 01/2006**
**St. Veronica's Head Start – Baltimore, MD**
- Partner with assistant to implement lessons and create a safe and fun environment
- Conduct assessments and share results and suggestions with family
- Prepare children and parents for transition to grade school
- Document social, physical, cognitive and language development
- Conduct quarterly engagement conferences with parents/caregivers

**Senior Teacher, 01/2004 to 01/2005**
**New Christian Child Development Center – Baltimore, MD**
- Organize and manage after-school tutorial program
- Counsel and partner with parents to create enrichment plans and curriculum related trips
- Provide support for teachers and paraprofessionals
- Build capacity of parents through workshops and mentoring

**Second Grade Teacher (Beechfield EMS), 01/2000 to 01/2004**
**Baltimore City Public Schools – Baltimore, MD**
- Provide instruction to regular education classroom of 27-33 ethnically diverse students in Title I school
- Monitor learning and continuously assess children of different learning abilities
- Plan intentional lessons with objectives which meet VSC and MSDE standards
- Partner with parents to enhance students' progress and meet unique needs
- Differentiate and modify instruction to encourage and motivate learning disabled students

**Human Service Case Manager, 01/1998 to 01/2000**
**Baltimore City Dept. of Social Services – Baltimore, MD**
- Assess families in need of services and refer families to appropriate resources to remove barriers
- Monitor children's school attendance and evaluate children's safety and risk

**Accounts Manager Asst, 01/1996 to 01/1998**
**African American Newspaper – Baltimore, MD**
- Manage accounts payable and process and distribute checks

**Public Relations Assistant, 01/1996 to 01/1997**
**Baltimore Arena – Baltimore, MD**
- Prepare press releases, promote  upcoming events and fulfill administrative duties

**Assistant to Director, 01/1995 (Paid Internship)**
**Department of Juvenile Services of MD**
- Participate in creation of after-school mentoring program for at risk youth
- Introduced special outreach programs to department chair in effort to increase institution's interest in community service

<u>**EDUCATION**</u>

- Bachelor's of Art Degree: Interdisciplinary Studies (Psychology/Communication, 1996) College of Notre Dame of Maryland

<u>**INTERESTS & ACTIVITIES**</u>

- New Christian Child Care Center-Volunteer\Mentor
- Baltimore's Charm AAU Girl's Basketball Team-Manager/Parent Liaison
- Beechfield Neighborhood Association- Member
- Fraternal Order of Eastern Star-Associate Conductress
- Wake Up!- co founder of youth development community based program

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Manager – Parent Involvement | | |
| **DIVISION:** | Chief Executive Officer | | |
| **DEPARTMENT:** | Partnerships, Communications & | **JOB CODE:** | 110343 |
| | Community Engagement | **AFFILIATION:** | UAF |
| **DATE DEVELOPED:** | 11-06-15 | **GRADE:** | 185 |
| **REVISION DATE:** | | **OVERTIME STATUS:** | Exempt |

| | |
|---|---|
| **REPORTS TO:** | Executive Director, Engagement |
| **SUPERVISOR'S SUPERIOR:** | Chief of Staff |
| **POSITIONS SUPERVISED:** | Family and Community Engagement Specialist (5) |

**JOB SUMMARY**

Responsible for developing and implementing parent education programs and coordinating systemic support for parent and family involvement in Baltimore City Public Schools. Reviews, monitors and implements district policies around family and community engagement. Develops a professional team of subject-matter experts to deliver high-impact learning experiences to staff and to families in support of student achievement. Serves as a liaison with city, state, federal, private agencies, and organizations regarding family and community engagement programs.

**PERFORMANCE RESPONSIBILITIES: ESSENTIAL FUNCTIONS**

➢ Monitors activities and effectiveness of Board policies and district strategies around family engagement and parent involvement in Baltimore City Public Schools. Leads program implementation, oversees reporting, and recommends improvements.

➢ Works collaboratively, while cultivating high levels of trust and communication, with organized parent groups in the school system, including the City Schools' Parent and Community Advisory Board (PCAB), city-wide PTA organization and Special Education Community Advisory Committee (SECAC).

➢ Coordinates district-wide learning opportunities for school staff on engagement of families and community members. Manages the scope, budget and schedule of parent education programs.

➢ Tracks participation in school family councils, organized parent and student groups. Conducts surveys and needs assessments to determine training priorities and agenda.

➢ Reviews and analyzes the results of qualitative and quantitative research to assess the level, type, delivery method and resources needed for comprehensive improvement.

➢ Develops curricula and manages a multi-tiered training delivery system that supports families, FCE staff and school staff throughout the district.

➢ Creates and presents reports on FCE training activities in schools and across the district.

➢ Develops and monitors work plans at the district and school level for families with distinctive features including: English Language Learners, Title I schools/families, students with disabilities, gifted and talented, foster care, etc.

➢ Coordinates sharing of effective FCE strategies at both the district and school level among support teams, school staff, organized parent and student groups, and others.

➢ Acts as team leader or team member on various assigned teams in development, implementation and communication of family and community engagement strategy.

➢ Directs and supervises assigned staff.

**ATTACHMENT 4**

> Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school boards policies and the professional standards.

**QUALIFICATIONS**
> Bachelor's degree in a related field. Master's degree preferred. Degree must be from an accredited college or institution.
> Three to five years developing effective training programs and solutions.
> Experience working with families and parent organizations or comparable community based organizations.
> Thorough knowledge of types of methods of engaging parents/communities in school activities.
> Familiarity with Federal Title I statutes and regulations that may affect family and community engagement.
> Excellent verbal and written communication skills, including the ability to make effective public presentations.
> Interpersonal skills that emphasize team-building.
> Ability to analyze data and systems that can affect parents.
> Ability to work effectively in high-paced environment, with deadlines, and multiple stakeholder viewpoints.
> Ability to effectively manage staff.
> Proficient in the knowledge and use of technical computer applications including Microsoft Office.

**PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES**
> Performs other related duties as assigned.

**PHYSICAL DEMANDS**
> Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
> Not substantially exposed to adverse environmental conditions.

**EVALUATION**
> Performance of this position will be evaluated in accordance with the provisions of the applicable Board policy and or administrative regulations.

**NOTICE OF NONDISCRIMINATION**
> Baltimore City Public Schools does not discriminate in any aspect of employment on the basis of race, color, ancestry or national origin, religion, sex, sexual orientation, gender identity, gender expression, marital status, disability, veteran status, genetic information, or age. For inquiries regarding the nondiscrimination policies, please contact the Equal Employment Opportunity Manager, 200 E. North Avenue, Room 208, Baltimore, MD 21202; 410-396-8542 (phone); 410-396-2955 (fax).

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

_____  11/10/15     _____
Naomi Gubernick          Date         Deborah T. Sullivan          Date
Chief of Staff                        Interim Chief Human Capital Officer



## PROFILE:

- Self-motivated, organized, and focused leader with excellent communication and interpersonal skills
- Dedicated team player with exceptional conflict-resolution techniques
- Resourceful educator committed to students' academic and social-emotional development

## EDUCATION:

| | |
|---|---|
| **Master of Art, Educational Leadership in Teaching/ Administration I Certification**<br>College of Notre Dame of Maryland, Baltimore, MD | **Fall 2017** |
| **Standard Professional Teaching Certificate**<br>Baltimore City Community College, Baltimore, MD | **Spring 2003** |
| **Bachelor of Science, Biology/Pre-Medicine**<br>Lincoln University, Lincoln University, PA | **Spring 1999** |

## EXPERIENCE:

| | |
|---|---|
| **Baltimore City Public Schools**<br>*Parent Involvement Manager*<br>**Engagement Office** | **2016 - Present** |

- Monitors activities and effectiveness of Board policies and district strategies around family engagement and parent involvement in Baltimore City Public Schools. Leads program implementation, oversees reporting and recommends improvements.
- Coordinates district-wide learning opportunities for school staff on engagement of families and community members. Manages the scope, budget and schedule of parent education programs.
- Reviews and analyzes the results of qualitative and quantitative research to assess the level, type, delivery method and resources needed for comprehensive improvements.
- Serves as team leader or team member on various assigned teams in development, implementation and communication of family and community engagement strategy.

| | |
|---|---|
| *Family and Community Engagement Specialist*<br>**Engagement Office** | **2011-2016** |

- Provided strategic supports that built a culture of engagement within 32 diverse school communities.
- Created district tools aligned with federal guidelines and developed office resources designed to increase the efficiency of the Family and Community Engagement Specialists.
- Served as the district point of contact for the Title I Parent Involvement allocation for 194 schools.
- Served as lead on interoffice work group that developed professional development opportunities, resources that encourage spending and best practices that support family engagement.

- Provided strategic supports that built a culture of engagement within 32 diverse school communities.
- Created district tools aligned with federal guidelines and developed office resources designed to increase the efficiency of the Family and Community Engagement Specialists.
- Served as the district point of contact for the Title I Parent Involvement allocation for 194 schools.
- Served as lead on interoffice work group that developed professional development opportunities, resources that encouraged spending and best practices that support family engagement.
- Reviewed and updated Engagement Office policies and regulations annually to ensure support documents meet the needs of the community at large.
- Brokered school-based external partnerships that supported school performance goals.
- Conducted assessments and analyzed data to develop district and school specific family and community engagement priorities.
- Provided technical assistance to School Family Councils and parent organizations.

### *Educational Associate for Elementary-Middle School Mathematics*    2010-
### *Office of Teaching and Learning*    2011

- Coordinated and facilitated district-wide programming that engaged and supported teachers of elementary and middle school mathematics.
- Provided school-based support by executing classroom observations, demonstration lessons and by making recommendations to school based leadership based on data analysis and one on one teacher support.
- Conducted analyses of psychometric reports to ensure district created assessments are reliable.
- Collaborated with Local Educational Agencies at quarterly MSDE briefings to strategize state wide Common Core implementation procedures.
- Assisted in the development and implementation of the district's STEM Master Plan and summer curriculum.
- Evaluated educational vendors' supplemental materials and made recommendations to the Office of Procurement.

### *Lead Elementary – Middle School Instructor*    2000-
   2010

- Served Baltimore City Public Schools for ten years as an elementary/middle school teacher in the areas of English Language Arts, mathematics, science and technology.
- Exhibited engaging classroom management strategies that promoted positive behaviors.
- Employed a variety of best practices to address the needs of diverse learners.
- Served as the Baltimore Teachers Union building representative.
- Co-taught and modeled lessons for other teaching staff according to their areas of need.

## REFERENCES:
Available upon request

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Staff Associate (Generic) | | |
| **DIVISION:** | Various | **JOB CODE:** | 109275 |
| **DEPARTMENT:** | | **AFFILIATION:** | BTU |
| **DATE DEVELOPED:** | 04-01-02 | **GRADE:** | 670-673 |
| **REVISION DATES:** | 03-04-10 | **OVERTIME STATUS:** | Exempt |

**REPORTS TO:**
**SUPERVISOR'S SUPERIOR:**
**POSITIONS SUPERVISED:**    None

## JOB SUMMARY

Provides technical and/or administrative support in the planning, development, or administration of City Schools programs or processes. Functions as a staff professional with focus on facilitating or coordinating specific activities or providing guidance and support to academic, student support, or school-based staff to ensure the appropriate conduct, implementation, or delivery of programs or services.

## ESSENTIAL FUNCTIONS

- Performs a variety of professional tasks and assignments in support of academic and student support programs.
- Recommends and implements operational and accountability improvements based on thorough and broad analysis of program needs.
- May work with curriculum staff, research and evaluation staff, and other central office staff in developing and administering tests, developing reports, and reporting results to school stakeholders.
- Collects, analyzes, and reports on data.
- Plans and implements programs, focus groups, and information sessions for staff and/or community groups.
- Develops and disseminates information to schools, families and communities.
- May conduct audits and inspections and investigations.
- May design research studies and provide forecast projections.
- May conduct home visits and file documents on behalf of City Schools.
- May represent City Schools at hearings.

## QUALIFICATIONS

- Bachelor's degree in a related field of study. A Master's degree may be required for some positions.
- One to three years experience in the related professional field or applicable discipline.

**ATTACHMENT 5**

**PERFORMANCE RESPONSIBILITIES:  OTHER DUTIES AND RESPONSIBILITIES**
  ➢ Performs other related duties as assigned.

**PHYSICAL DEMANDS**
  ➢ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
  ➢ Not substantially exposed to adverse environmental conditions.

**EVALUATION**
  ➢ Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of employees.

The above is intended to describe the essential content of and requirements for the performance of this job.  It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

## Objective

To obtain a position with the Baltimore City School System that will allow me to apply exceptional leadership and organizational skills, as well as professional and practical knowledge, in order to implement and deliver a high quality of service to youth experiencing homelessness

## Highlights of Qualifications

- Demonstrated ability to develop and implement culturally competent policies and procedures
- Equipped to monitor and resolve school district-wide problems related to services
- Ability to facilitate, train, and educate a wide audience on rights of homeless students
- Familiarity with related agencies and organizations that offer supportive services
- Extensive knowledge of public policy regarding homeless youth (McKinney-Vento, RHYA, RB21)

## Professional Experience

**Activities Coordinator,** *Restoration Gardens*, Baltimore, MD (August 2011-present)
- Gained knowledge of public policy affecting homeless youth
- Worked with Baltimore Homeless Youth Initiative, CitySteps, Maryland Foster Youth Resource Center, Public Justice Center to support services, attended 2011 Housing Options for Transition-Aged Youth Conference(Baltimore)
- Developed program support for formerly homeless young adults in new permanent housing complex
- Produced and managed creative strategies to engage a variety of stakeholders including residents, their families, service providers and volunteers
- Developed and implemented workforce development, life skills, educational programming to meet the needs of youth have previously experienced homelessness, aged-out of foster care or juvenile justice systems
- Conducted regular staff, resident, and community meetings and trainings
- Provided case management as needed and accessed referral system for additional supportive services

**Maryland State Coordinator,** *Ken's Krew, Inc.* New York, NY (August 2008-December 2010)
- Facilitated the introduction of new workforce development program into Maryland linking transitioned-aged students with intellectual disabilities to competitive employment
- Gained knowledge regarding entitlement programs, such as SSI and SSDI, as well as formal school-based IEP process
- Provided case management and wrote Individual Employment Plans
- Managed contracts with State Agencies including partnerships with Department of Rehabilitation Services, Development Disability Administration, Department of Human Resources, Department of Health and Mental Hygiene
- Provided direct support to Executive Director and Board of Directors
- Supervised all vocational coaches and managed all personnel needs including hiring, evaluations, and terminations

**Office of Minority Health Intern,** *Baltimore City Health Department* Baltimore, MD (2008-2009)
- Provided technical assistance to local non-profits with specific health-related initiatives targeting at-risk

1

populations
- Researched grants, maintained funding, managed online marketing campaigns, and managed accounting/bookkeeping

**Intern**, *Black Classic Press* Baltimore, MD (2005)
- Collaborated with distinguished and celebrated artists to complete book projects; produced reproductions of seminal African-American texts and works; managed all aspects of book production from manuscript to print

**Project Manager**, *Community School Connections*, Baltimore, MD (2003-2004)
- Coordinated outreach strategies; designed and maintained website and created literature to promote the campaign for Baltimore City public school reform

**Office Manager,** *National Academy of Social Insurance*, Washington, DC (2002-2003)
- Managed payroll, accounts receivable/payable, donor database and solicitation, web development and communication, fundraising events and mass mailings for national public policy "Think Tank"

## Community Organizing

**Organizer,** *American Friends Service Committee,* Baltimore, MD (2005-2007)
Worked under the Criminal Justice and Africana Initiatives
Traveled to Nairobi, Kenya for Youth Leadership Institute

**Organizer,** *People United for Justice and Peace*, Baltimore, MD (2003-2006)
Worked on the campaign to free Political Prisoner and former Black Panther Marshall "Eddie" Conway
Traveled to various colleges and universities including Brown University, University of Maryland and Morgan State University to rally support for his campaign for freedom

**Facilitator,** *Morgan State University,* Baltimore, MD (2003-2005)
Facilitated workshops for University's Resident Advisors (RA's) on issues of sex, sexuality and gender each semester

## Awards and Certificates

Howard County Service Award (2010)
Maryland LGBT Community Builders Award (2009)
Gay Straight Alliance Core Curriculum (2005)
International Youth Leaders Training of Trainers (2004)
Morgan State University Counseling Center Honor (2004)
Audre Lorde Scholar (2003)

## Education

*University of Maryland, Baltimore County (UMBC)* Baltimore, MD (2003-2006)
- Obtained a Bachelor of Arts degree in Interdisciplinary Studies
- Graduated Summa Cum Laude

*Brown University,* Providence, RI (2001-2002)
- Studied Modern Culture and Mass Media

## Technical Skills

Microsoft Office Suite, Adobe Creative Suite, Typing-80wpm, Social Networking, New Media, Accounting, Budgeting, Fundraising, Writing, Editing, Marketing, Event Planning, Strategic Planning, Board Development, Non-Profit

2

Development

# References

███████████████

Staff Specialist, Related Services
Baltimore City Public Schools

███████████████████

███████████████

Director of Training
Ken's Krew, Inc.

████████████████████

███████████

OSI Fellow
Maryland Foster Youth Resource Center

█████████████

Job Posting Title **IRC3215**

Job Title **Training/QA Specialist**

Organization Name **Human Capital**

Department Description

Job Summary

Works with the Human Capital Officer (HCO), the Director of Human Capital Strategy, and various City Schools partners to develop and implement skill- based and/or competency-based professional development and training opportunities for all City Schools employees.  Works collaboratively with other City Schools offices to support existing employee development initiatives and proactively seeks and secures external resources to aid district employee development projects. Provides subject matter consultation on facilitating training events and the implementation of training best practices and demonstrates deft project management skills.

Essential Functions

- Develops, recommends and implements skill-based and/or competency-based training modules aligned with City Schools priorities for the range of City Schools employees.
- Works with the HCO and key City Schools' internal stakeholders to identify and develop organizational effectiveness initiatives.
- Works with HCO to identify and prioritize training opportunities for projects and programs associated with new initiatives such as, No Child Left Behind and Race for the Top.
- Designs strategies, plans, and initiatives that address long-term capacity-building efforts and align efforts to City Schools business and human capital goals.
- Manages assigned human capital and change management issues, explains the factors involved and shapes organizational solutions.
- Assists in developing talent acquisition and development programs that optimize resources through competency model design, workforce planning, succession planning, leadership assessment and accountability.
- Assists in the development and implementation of professional development activities and materials.
- Assists in developing communication plans and materials.
- Manages day-to-day project activities, establishes appropriate leverage on project teams and manages/assigns project responsibilities to team members.
- Works with HC Management staff to realign the human capital functions (people, process, organization and technology) to better support organizational goals.
- Keeps abreast of changes in City Schools' policies, procedures and negotiated agreements.
- Performs and promotes all activities in compliance with equal employment opportunity and nondiscrimination policies; follow federal, state laws, regulations and school board policies and the professional standards.

Qualifications

- Bachelor's degree in a related field. Degree must be from an accredited college or institution.

- One year of experience as a trainer, presenter, project manager, teacher, or in related fields.
- Specific experience with skill-based or competency-based training module design, event coordinating, and strategic communications.
- Practical experience in designing and delivering human capital solutions that enhance individual and organizational success.

**ATTACHMENT 6**

- Knowledge and functional expertise in human capital management to include successful performance in at least two the following areas, public speaking, succession planning, recruitment and staffing, compensation, performance management, employee relations, or labor relations.
- Knowledge of human capital best practices and principles.
- Proficiency in the use of Microsoft Office applications including Word, Excel, PowerPoint, and Outlook.
- Excellent analytical and organization skills.
- Creative and proactive problem-solving skills.
- Excellent interpersonal, oral and written communication skills.
- Project planning and management skills.
- Ability to lead, guide and facilitate the work of assigned projects and initiatives through HC and other City Schools managers.
- Ability to translate information, develop insights, and to analyze and interpret organizational policy, goals, and objectives for impact on HC programs and provide accurate, timely and effective human capital consultative and advisory services to managers and employees.
- Ability to deliver presentations and training, facilitate work groups, and conduct briefings for employees, peers, and /or senior managers.
- Ability to prepare policies, standard operating procedures, reports, briefings, articles for publication, evaluation statements, and other written documents.
- Ability to work with uncertainty and a complex environment with multiple stakeholders.

Additional Details
Qualified candidates for the above position must submit the following:
- Completed online application
- Resume that clearly demonstrates the above minimum qualifications. It is important that you include all experiences and education related to the position to which you are applying.
- Upload copies of all transcripts –undergraduate, graduate and all MSDE Certifications
- Must provide three (3) professional references to include: name, title, business address, e-mail address and phone number
- All documentation/certification necessary (scanned copies accepted) to substantiate minimum qualifications; must be uploaded into application
- All documentation must be scanned and uploaded to application

Benefits -- This position is eligible for benefits. To review the available options please see the information relevant to the union for this position by viewing the following link: http://www.baltimorecityschools.org

How To Apply
If you wish to apply for this position, click the Register and Apply Now Button below.
Baltimore City Public Schools is an equal opportunity employer and encourages resumes from bi-lingual or multi-lingual candidates.

**Summary of Qualifications**

A dedicated and enthusiastic Instructional Technologist with a proven background in instructional design, training development and implementation, technology incorporation, leadership, management, improving learner performance, and maximizing learning opportunities in diverse settings.

**Core Qualifications**

- University of Virginia M.Ed.: Instructional Technology
- Virginia Collegiate Professional License: History and Social Sciences
- Instructional Design training
- Technology Integration
- Curriculum Design and Implementation

- 3+ years Classroom Teaching
- Excellent interpersonal, verbal, and written skills
- Successful coaching strategies
- Innovative Lesson Planning
- Distance and Online Learning
- Evaluation, assessment, and analysis
- Best Practices for Training and ELearning

**Professional Experience**

***Graduate Fellow*** – *Curry School of Education, Department of Curriculum, Instruction, and Special Education*
August 2013- Present
University of Virginia – Charlottesville, Virginia
- Database development, website development and editing, marketing advancement, Teacher Education Program support, Clinical Faculty Grant data collection, scholarship process development, accreditation process support, clerical work.

***Classroom Teacher*** - *Tabb High School*
January 2011 to July 2013
York County Public Schools – Yorktown, Virginia
- Curriculum and assessment development: Advanced Placement Human Geography, World History II, World History I, Advanced Placement US Government and Politics, Faculty Friendship Member, Advanced Placement Council Member, Dance Club Sponsor
- 100% pass rate on Virginia DOE Standards of Learning World History II Test in the 2011-2012 school year.
- 100% pass rate on the Virginia DOE Standards of Learning World Geography Test in the 2012-2013 school year.
- 3.889 Average Advanced Placement Human Geography Test Score for the 2012-2013school year.

***Assistant Varsity Volleyball Coach*** - *Tabb High School*
August 2011 to July 2013
York County Public Schools – Yorktown, Virginia

***Para-Educator*** – *Bethel Manor Elementary School*
September 2010- January 2011
York County Public Schools – Yorktown, Virginia

***Office Manager*** – *Service and Front Office*
May 2010 – September 2010
Tysinger Motor Company – Hampton, Virginia

***Research Associate*** - *100 Years of Marine Corps Aviation: An Illustrated History*
May 2009 to December 2009
Kratos Defense – Quantico, Virginia

## Technology

- Adobe Photoshop
- Final Cut Pro X
- IMovie
- 123Design

- Silhouette Studios
- Scratch
- Microsoft Office
- Windows & Mac

- Learning Management Systems
- 3D Printing

## Education and Training

### University of Virginia
*Charlottesville, Virginia*
Master of Education (Instructional Technology) *Summer 2014*
- 4.0 GPA

### University of Mary Washington
*Fredericksburg, Virginia*
Bachelor of Art (History) *2010*
- Kappa Delta Pi, International Honor Society in Education

## Presentations & Research

Jacoby, A & Johnson, M. (March 8, 2014). Printing Waves of Sound. Workshop at the MathScience Innovation Center's Let's Innovate Student Conference in Richmond, Virginia.

Johnson, M. (April 28, 2014). Expedition Africa: Teaching History Through Video Games. Presentation at the University of Virginia Digital Media Lab in Charlottesville, Virginia.

## References

████████████████████
Administrative Manager, CISE Teacher Education Program
University of Virginia
████████████████

████████████████████
Professor, Principal Investigator, MyTeachingPartner
University of Virginia
████████████████

████████████████████████
AP Classroom Teacher
York County School Division
████████████████████

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Specialist – Youth Engagement | **JOB CODE:** | 110492 |
| **DIVISION:** | Chief Executive Officer | **AFFILIATION:** | PSRP |
| **DEPARTMENT:** | Partnerships, Communications & | **GRADE:** | 857-859 |
| | Community Engagement | **OVERTIME STATUS:** | Exempt |
| **DATE DEVELOPED:** | 09-14-17 | | |
| **REVISION DATE:** | | | |

| | |
|---|---|
| **REPORTS TO:** | Executive Director - Engagement |
| **SUPERVISOR'S SUPERIOR:** | Chief of Staff |
| **POSITIONS SUPERVISED:** | None |

## JOB SUMMARY

The Specialist – Youth Engagement will support the District's efforts to cultivate and elevate student voices to inform its efforts to meet goals in key focus areas, including but not limited to student wholeness, opportunities for literacy, and leadership. The Specialist – Youth Engagement will assist with the development and implementation of strategies to assess, establish, and strengthen student engagement initiatives in secondary schools. The Specialist will work with partners and vendors to identify quality practices and resources as well as design professional development to build the capacity of stakeholders to support student success, while promoting positive student - adult school partnerships.

## PERFORMANCE RESPONSIBILITIES:  ESSENTIAL FUNCTIONS

- ➢ Supports the implementation of District efforts to cultivate and incorporate student voices into school and district policies, procedures, and processes.
- ➢ Creates opportunities for student voices to be shared, received, and acted upon in school and District decision-making.
- ➢ Develops and maintains an active directory of student leaders and youth serving organizations in schools and in the community.
- ➢ Conducts an inventory of existing methods for student leadership and student voices, including District-level and school-based strategies and efforts.
- ➢ Develops and delivers ongoing professional development with school-based and central office staff around best practices in student engagement.
- ➢ Builds relationships with key personnel in secondary schools to support implementation of student voice initiatives.
- ➢ Establishes and maintains the CEO's Student Advisory Council comprised of student representatives from secondary schools and ensure student capacity to serve as liaisons between the District and students at their schools.
- ➢ Works collaboratively with the College and Career Readiness Office to ensure engagement of the Associated Student Council of Baltimore City (ASCBC), Student Commissioner, and school-based student government associations.
- ➢ Develops and provides reports related to student engagement in school and District initiatives.
- ➢ Cultivates and maintains collaborative work with a highly motivated team of students from multiple schools to support student achievement and school improvement.
- ➢ Stays up to date on current research and best practices in student voice in educational reform efforts.
- ➢ Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school board policies and the professional standards.

**ATTACHMENT 7**

**QUALIFICATIONS**

➤ Bachelor's degree in education, social work, communications, or related field, required. Master's degree preferred.  Degree must be from an accredited college or institution.
➤ Three to five years of experience and proven ability to collaborate with, and manage, youth constituents ages 12-21 individually and in group settings.
➤ Three years' experience developing and facilitating youth leadership training, advisory councils, and/or educational opportunities.
➤ Experience teaching or training youth and adults in urban environments.
➤ Experience interpreting school academic and climate data.
➤ Experience managing projects from idea development to successful implementation.
➤ Knowledge of educational theory and research related to the concept of student voice and its impact on school reform.
➤ Ability to lead and motivate a productive team of student individuals.
➤ Ability to establish and maintain relationships with internal and external stakeholder groups.
➤ Ability to build rapport and build credibility at multiple levels within an organization.
➤ Excellent verbal and written communication skills targeting various stakeholders and age groups.
➤ Bilingual Spanish/English (preferred).
➤ Proficient in the use of multiple computer applications including, but not limited to, Microsoft Office Suite.
➤ Knowledge of laws, regulations, rules and policies affecting City Schools' educators and English Learners.

**PERFORMANCE RESPONSIBILITIES:  OTHER DUTIES AND RESPONSIBILITIES**

➤ Performs other related duties as assigned.
➤ Local travel to school and community locations will be required.

**PHYSICAL DEMANDS**

➤ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**

➤ Not substantially exposed to adverse environmental conditions.

**EVALUATION**

➤ Performance of this position will be evaluated in accordance with the provisions of the applicable Board policy and or administrative regulations.

**NOTICE OF NONDISCRIMINATION**

➤ Baltimore City Public Schools does not discriminate in any aspect of employment on the basis of race, color, ancestry or national origin, religion, sex, sexual orientation, gender identity, gender expression, marital status, disability, veteran status, genetic information, or age. For inquiries regarding the nondiscrimination policies, please contact the Equal Employment Opportunity Manager, 200 E. North Avenue, Room 208, Baltimore, MD 21202; 410-396-8542 (phone); 410-396-2955 (fax).

The above is intended to describe the essential content of and requirements for the performance of this job.  It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

_Alison Perkins-Cohen_          9/20/17

Alison Perkins-Cohen          Date
Chief of Staff

_Jeremy Grant-Skinner_          09-21-17

Jeremy Grant-Skinner          Date
Chief Human Capital Officer

## Education

**Morgan State University – Baltimore, MD**   **Degree:** Bachelor of Arts (2014)   **Major:** Political Science
**University of Baltimore – Baltimore, MD**   **Degree:** Masters of Public Administration (Current)
**Howard Community College - Howard County, MD**   **Certified:** School Age Child Care Assistant Teacher

## Qualifications Summary

Highly motivated, Youth Engagement expert with demonstrated success collaborating with students and adults from diverse socio-economic and cultural backgrounds; able to deal courteously, professionally, and tactfully with the general public under a variety of circumstances; recognized team player with proven performance in the ability to lead and participate in multiple cross-functional teams;  a strategic thought leader with strong client relations, project management and effective relationship management skills.

## Professional Experience

**Program Assistant-Youth Initiatives & Interim Program Manager, Family League of Baltimore, Baltimore, MD,** Sept 2016- Present
- Serve as lead personnel for youth initiatives, focusing on identifying youth led organizations, and providing safe spaces that conducive to providing youth voice and platforms
- Work with youth and community advocates to ensure student voice is reflected in policies and procedures at the school level
- Working to align resources and synergy amongst internal and external partners' in effort to reduce justice involved youth with Department of Juvenile Justices, and disproportionate minority contact
- Oversee and administer 14 of Baltimore's Community Schools and ensure that the community school strategy is being properly implemented in support of student engagement
- Developed and managed college and career readiness initiatives in support of student engagement and academic achievement
- Offer support and services to over 12 of Baltimore's Community School's Out of School Time programming
- Serve as liaison to various student and youth advisory boards and council within Baltimore
- Utilized knowledge of laws, regulations and policies affecting Baltimore's students and families to inform strategies for youth engagement
- Prepares analysis, reports, presentations, memos and other correspondence (e.g. proposals, letters, MOUs) for the board, staff and other external partners as requested

**Manager of Instruction, Higher Achievement, Baltimore, MD,** December 2015- August 2016
- Responsible for the recruitment, supervision, training and support of volunteer teaching mentors and summer teachers ensuring they can implement curriculum and engage scholars
- Planned and executed center events, field trips and other activities to enhance for middle and high school youth to support student engagement
- Served as liaison to various student and youth advisory boards and council within Baltimore
- Planned, developed and facilitated professional development and community events for external partners, students, parents and families
- Prepared reports, presentations, memos and other correspondence as requested

**Achievement Coach, Higher Achievement, Baltimore, MD,** September 2014- May 2015
- Served as Out of School Time classroom instructor, implementing academia lesson that correlates with Common Core Standards
- Chairperson of Boys 2 Men, All Male Scholar Overnight Conference, planned and organized an annual overnight conference for 40 male scholars focusing on youth empowerment, steps to success, and informative breakout sessions
- Facilitator and Fitness coach for Lakeland Elementary Middle School Out of School Time Fitness Elective
- Planned, developed and facilitated youth leadership trainings and events for middle and high school students in support of academic achievement and college and career readiness
- Served as liaison to various student and youth advisory boards and council within Baltimore

**Servant Learner, AmeriCorps and East Baltimore Development Initiative – Elev8 Baltimore, Baltimore, MD,** September 2010- August 2014
- Constructed and facilitated daily out-of-school time academia curriculum for the past three years that is aligned with the nation's common core curriculum to engage 120 elementary and middle school age scholars to enjoy reading and building positive youth development behaviors during interactions

- Convened and chaired two years as social action director for Voter Registration Awareness, and Save Our Children, Stop Gun Violence
- Campaign for the Children Defense Fund's Freedom School at Collington Elementary/Middle School's "Annual Day of Social Action" in Baltimore, MD
- Trained and mentored 60 scholars throughout the semester in Photography Academia enrichment, Male Advocacy Program, and as the Male Tennis and Basketball Coach around character building and college and career readiness.

**Vice President, Student Government Association, Morgan State University, Baltimore, MD,** August. 2013- May 2014
- Served as an official University representative on behalf of the undergraduate student body population of 6,500
- Created eight separate pieces of legislation and proposed bills as President of Student Senate that best benefited the student body and the brand of Morgan State University
- Worked alongside university administration including President of the University and University Board of Regents, and evaluated pertinent issues, such as Food Procurement Contract
- Planned a myriad of civil rights and human rights campaigns, such Education Equity Coalition Rally, HBCU Day at the Capitol, and Trayvon Martin Rally
- First student body government administration in Morgan's history to employ student servant leaders as gainful employees and official Morgan State University Administrators

**Research Tech, Briscoe & Associates Accounting and Tax Services, Baltimore, MD,** August. 2011-August. 2012
- Organized and managed data input of pertinent tax information for 50 clients with precise accuracy before final process of filing

**Congressional Intern, Congressman Elijah Cummings (D-MD), United States Congress, Washington D.C.,** May 2011- Sept. 2011
- Staffed Congressional events and outreach programs for Maryland constituent with concerns regarding housing, taxes, and healthcare registration

**Johns Hopkins University, (JHU) - Government, Community, and Public Affairs, (GCPA), Baltimore, MD,** May 2010- August 2010
- First intern for the Johns Hopkins University- GCPA team, in which I created the module of internship experiences and responsibilities upon my completion of such program
- Research Aide, communicated with elected city officials, including the Mayor Office and state legislators, in regards to JHU's future developmental plans
- Help organize and construct Johns Hopkins East Baltimore Development Zoning Report, reconstructing the electoral zoning districts of East Baltimore

**U.S. Congressional Page, House of Representatives, Baltimore, MD,** June 2009- August 2009
- Served as a Page on U.S. House of Representatives floor, working daily with Congressional staffers and Parliamentarians
- Raised and lowered the U.S. Flag over top of the U.S. Capitol daily to signify beginning and end of Congressional Sessions
- Monitored and operated the official timing of the U.S. House Floor Clock System for Congressional, House of Representative Sessions

**Volunteerism/Extracurricular Activities**

- Fellow, Campaign for Black Male Achievement, BCLF Fellowship, 2017
- Public Speaking and Panelist for Strayer University's "Every Voice Count" Event, 2017
- Awardee of Community Law in Action (CLIA's) "Inspiring Voices Award" – 2017
- Facilitator and Panelist, for Mississippi Action Community Engagement, Inc., Delta Dialogue Youth Conference, Greenville, MS, 2017
- Civic Engagement Facilitator, NAACP Leadership 500 Conference, Hollywood, Florida, 2017
- Co- Chair, HBCU Equity Coalition, Outreach and Strategy Committee, 2016 – 2017
- Co- Chair, Baltimore City Youth Commissioner Council, Baltimore Mayor's Office, 2015
- Community Lead at Impact Hub Baltimore and member of Baltimore Shapers of Global Shapers Community Hub, 2015
- African American Cultural Art Curator for ILuvHeARTS Art Exhibition, and Spoken Word Events, 2014-2015
- Public Speaker and Host of University of Maryland, College Park on UMD-Baltimore Solution Panel, Sept 2015
- Public Speaking/ Panelist for Johns Hopkins University School of Advanced International Studies on Social Activism and Police Brutality, 2015
- Public Speaking and Panelist for Western Connecticut State University speaking on Black Lives Matter, 2015
- Public Speaking Engagement at Stevenson University to collegiate student about student leadership, engagement and social activism, 2014
- Public Speaking Engagement and panelist for former MD State Senator Larry Young's Black Men Matter Conference on civil duties, 2014
- Learning Coach- Freedom Schools, Children's Defense Fund, 2011-2014
- Co-Chairman of R.U.L.E.S for Black Men Symposium, Pi Chapter, Omega Psi Phi Fraternity Inc. Morgan State University, 2012-2014
- Mentor- SEED School, Juvenile Detention Center, 2013

- Greek Unity Co- Chair, Aids Awareness Lock In, Morgan State University, 2013
- Chief of Staff, Student Government Association, Morgan State University, 2012-2013
- Peer Mentor for "Another Way" Program at Francis M. Wood High School, 2012-2013
- Assistant Lacrosse Coach, Dunbar High School, 2010-2011
- Volunteer as Certified First Responder for Baltimore City Fire Department, 2010

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Family & Community Engagement (FCE) Specialist | | |
| **DIVISION:** | Office of School Support Networks | **JOB CODE:** | 109765 |
| **DEPARTMENT:** | | **AFFILIATION:** | PSRP |
| **DATE DEVELOPED:** | 5/3/11 | **GRADE:** | 183 |
| | | | Posted Range: $65,000-$75,000 |
| **REVISION DATES:** | | **OVERTIME STATUS:** | Exempt |

| | |
|---|---|
| **REPORTS TO:** | School Support Networks Team Facilitator |
| **SUPERVISOR'S SUPERIOR:** | School Support Networks Officer |
| **POSITIONS SUPERVISED:** | None |

## FY12 related positions are contingent on board approval.

### All applications will be reviewed on a rolling basis.
### First round interviews are for internal candidates only.

**Organizing to Better Support Schools**

To better support schools and ensure success for all students, Baltimore City Public Schools (City Schools) is reorganizing its district office to move key resources and support closer to schools, and to improve the flow of and access to information across the district. To do this, it is creating robust and differentiated School Support Networks, school leadership support resources and a transparent school and school leader evaluation system, and a formal district knowledge management function.

**School Support Networks**

City Schools will move as much district office support as possible close to the schools by creating 15-20 large, robust and differentiated School Support Networks that will provide direct support and services to schools. Schools will be assigned School Support Networks based on leadership needs, and the networks will be tailored to meet schools' needs.

The School Support Networks will be a single point of entry, or "one-stop shop," for integrated and cross-functional support that meets schools' unique needs; a structure guided and supported by parallel functions in the district office, but with the ability to move work and get things done on behalf of schools; and a source of information to and from schools and the core district that shapes district policies and practices. The Networks will have two key functions: to deliver operational and achievement related services (transactional) and supports (developmental) to schools, and to deeply know schools.

The School Support Networks will be overseen by a School Support Networks Officer. Each network will serve a group of approximately 12 schools and each will have a Facilitator and between six and

**ATTACHMENT 8**

nine instructional and operational staff members who provide direct supports and services to the network schools. These supports and services span the following areas: data analysis, family and community engagement, special education, budget and procurement, grants management, facilities, transportation, and human capital. Depending on individual school needs, they will also provide instructional, academic content and student supports.

Because all network members are responsible for ensuring that schools are functioning to provide all students the necessary opportunities to achieve academic success, network staff will work closely with each other to support principals. Additionally, network staff members are expected to know schools better than anyone in any other part of the City Schools organization, and share this information in a systemic way to better inform processes and supports.

The School Support Networks, in turn, will be supported by a much leaner district office that provides strategic direction, guidance, infrastructure and district knowledge. Each team will also work closely with a corresponding Executive Director for Principal Support and Accountability, whose role is to provide strategic guidance and support to school principals.

## JOB SUMMARY

The School Support Networks Family & Community Engagement (FCE) Specialist works collaboratively with schools, parent groups, and community partners to develop and implement effective family, community engagement, and communications strategies at the school level.

## ESSENTIAL FUNCTIONS

- ➢ Assists schools in development and implementation of an effective family and community engagement strategy at the school level.
- ➢ Identifies training opportunities that address school needs and ensures the training opportunities are provided to schools' personnel, families, and partners within network.
- ➢ Educates and trains assigned schools on FCE policies, procedures, and processes.
- ➢ Provides technical assistance, monitors schools' progress, and keeps parents informed and involved in *No Child Life Behind* (NCLB) Title 1 activities.
- ➢ Works collaboratively with organized parent groups at identified set of schools to help those groups work effectively with schools.
- ➢ Assists in recruiting and maintaining partnership relationships with identified constituencies in support of city public schools.
- ➢ Facilitates communications between school personnel, families, and partners, including supporting strategies on use of school websites, publications, social media and marketing tools.
- ➢ Assists schools in addressing parent complaints as needed.
- ➢ Prepares reports for school support network leadership team review.
- ➢ Performs and promotes all activities in compliance with equal employment and nondiscrimination policies; follows federal laws, state laws, school board policies, and professional standards.

**QUALIFICATIONS**
- Bachelor's degree in a related field from an accredited college or university
- Three years experience in training, systems change, community organizing, communications or development in a nonprofit, government or business setting
- Experience working with community based or family supporting organizations
- Experience developing and maintaining relationships with volunteer and community partners
- Excellent verbal and written communication skills, including the ability to make effective public presentations
- Excellent organization skills and follow through
- Interpersonal skills that emphasize team-building
- Ability to analyze data and systems that can affect parents
- Ability to learn communications systems and train others
- Ability to engage parents and the community in school activities
- Ability to organize networks of support for programs or institutions
- Ability to work effectively in high-paced environment with deadlines and multiple stakeholder viewpoints.
- Proficiency in using computer and web-site applications including databases, Microsoft Office applications, and email

**PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES**
- Performs other related duties as assigned.
- Evening and weekend work will be required.
- Local travel to school and community locations will be required.

**PHYSICAL DEMANDS**
- Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
- Not substantially exposed to adverse environmental conditions.

**EVALUATION**
- Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of employees.

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

---

Michael Sarbanes                    Date
Executive Director – Partnerships,
   Communications & Community Engagement

---

Tisha S. Edwards, MSW, JD          Date
Chief of Staff





## PROFESSIONAL SUMMARY

Accomplished Director of Community Initiatives, Educational Advisor and Program Manager with over 10 years of experience directing the development and implementation of community initiatives, training programs and evaluation outcomes across multidisciplinary areas. Provides effective leadership and oversight for program issues, funding recommendations, project management, and the development of policies and procedures. Proven leadership, supervision, facilitator, and liaison experience establishing and maintaining community and stakeholder cross functional project teams. Exceptional oral and written communication skills includes press releases and public service announcements. Experienced Grant Manager and Innovative grant writer with positive results. Collaborative project management experience. Knowledgeable of qualitative and quantitative techniques to analyze facts, draw conclusions and recommended solutions including funding recommendations, strategic planning, and the development of educational policies. Experience spans government agencies (Maryland State Department of Education), state legislature (i.e. Florida House of Representatives) colleges and universities (i.e., Florida A&M University), legal entities (i.e., Darrell L. Burrow, P.C.), and non-profit organizations (i.e., Job Opportunities Task Force.

## RELEVANT EXPERIENCE:

**08/17-08/18          DISTRICT OF COLUMBIA PUBLIC SCHOOLS**          Washington, D.C.
*Restorative Justice Coordinator*
- Convenes a school-based Restorative Justice Team of key administrators, staff, partners, and Restorative DC technical support persons and lead the team throughout the school year
- Develops, regularly assesses, and, as needed, updates the school wide Restorative Justice Implementation Plan in collaboration with school-based RJ Team and Restorative DC
- Facilitates professional development opportunities for the school-based RJ Team and relevant members of the school community
- Implements restorative alternatives to actual suspension and expulsion cases
- Coordinates the review and revision of school policies and other organizational documents as the RJ Implementation Plan is carried out
- Collaborates with and participating member of school based Culture and Climate Team, School Safety, Attendance Team, RTI, Mental Health Team, and Crisis Team.

Assistant Varsity Girls Basketball Coach:
- 100 % Senior Graduation, 2018 DCIAA Tournament Champions, 2018 DCIAA Regular Season Champions, 2017 Title IX Sandler Bracket Winners

**08/16-08/17          MARYLAND STATE DEPARTMENT OF EDUCATION**          Baltimore, Md
*Education Program Specialist, Title I and School Improvement*
- Provide support and technical assistance to Title 1 schools and school districts adhering to the requirements, implementation, and interpretation of the Elementary and Secondary Education Act
- Fiscal monitor for the Title 1 1003(a) Focus, Title 1 1003 (g) School Improvement Grant/ Priority Schools (SIG III), and Title 1 1003 (g) School Improvement Grant (SIG IV)
- Support Local Education Agencies (LEAs) as they develop and implement Title 1, 1003(g) Grant (SIG) school improvement plans and grant applications to ensure quality instructional practices and compliance with state and federal guidelines and requirements and on the interpretation of the Elementary and Secondary Education Act, 5 levels of school improvement and the 10 requirements of school improvement
- Provide technical assistance for Title 1 school wide and targeted assistance program to identify and share best practices for school improvement and comprehensive school reform, assist in the yearlong planning to become a school wide program
- Assist with the development and refinement of the Maryland State Department of Education (MSDE) comprehensive needs assessment, including student and staff data, school climate, school organizational structures, and parent involvement
- Provide support to the Program Improvement and Family Support Branch assisting in planning the Title Administrative Meetings, conferences, institutes, regional trainings, and other branch meetings and staff development training
- Develop goals, strategies, and measurable outcomes for workgroup assignments. Workgroups assignments: Every Student Succeed Act Consolidated State Plan, Title 1 Annual State Conference, Program Improvement and Family Support Branch Think Tank

## ACCOMPLISHMENTS
- 2017 Statewide Title I Professional Learning Institute (PLI) Planning Committee Co-Lead
- 2017 Organized Program Improvement and Family Support Branch outreach and donation drive for Loving Arms Youth Shelter
- 2017 Developed tracking system for Title 1 1003(a) Focus, 1003 (g) School Improvement Grant/ Priority Schools (SIG III), , and 1003 (g) School Improvement Grant (SIG IV) grants to manage spending, reduce carryover funds at end of grant period, and reduction of potential Lapse funds returned to United States Department of Education (USDE). Total grant funding $11,799,418.35
- 2016 Initiated and processed all 1003 (g) School Improvement Grant (SIG IV) Award for 1 LEA 5 schools recipients. Total grant funding $1,464,916.46
- 2016 Initiated and processed all Title 1 1003(a) Focus Grant Awards for 12 LEAs and 41 school recipients Total grant funding $4,389,455
- 2016 Organized Program Improvement and Family Support Branch Holiday outreach and donation drive for Loving Arms Youth Shelter

- 2016 Writer and editor of the Every Student Succeed Act (ESSA) Consolidated State Template Plan Low Performing Schools section
- 2016 Bridge to Excellence Master Plan, State Panel Reviewer

**07/11-07/15**     **BALTIMORE CITY PUBLIC SCHOOLS**                                        Baltimore, Md
*Family and Community Engagement Specialist*
- Led a network of schools in the development and implementation of effective family and community engagement strategies. Provided tailored support to Network Principals and staff of individual schools. Worked collaboratively with schools, parent groups, and community partners to support network schools student achievement
- Developed and implemented district-wide trainings for school staff on family and community engagement strategies. Assisted school administrators with developing annual goals for school performance plans and parent involvement plans to support student achievement
- Manages all financial and data aspects of the Title 1 Parent Allocation; creating system of Network allocation budgets for individual school accountability and reconciles with the Finance Department; Provided technical assistance and guidance in creating Title 1 Parent Allocation Spending Plans. Monitors and assists with budget modifications. Approved expenditures based on Maryland State Department guidelines.
- Supported network schools with communications, marketing, and volunteering to ensure families are informed and involved in all school activities
- Mediated school conflicts and complaints with parents, community members, and partners.
- Provided coaching, technical assistance and ongoing support to school-based family and community leads, community school coordinators, and school family council chairs. Provided troubleshooting of program operations. Led network-wide professional trainings on best practices
- Developed goals, strategies, and measurable outcomes for workgroup assignments. Workgroups assignments Parent Teacher Conference, Community Schools, Title 1 Best Conference
- Support with planning and community organizing for the establishment of 21st Century Schools building plan. Provided support with planning and  implementation of 21st century schools building plan for year 0-2 schools

**ACCOMPLISHMENTS**
- Annual evaluation rating of Highly Effective
- 2014 As a part of the district's New Teacher Institute, developed and facilitated training for 500+ new teachers
- 2013-2015 Created Network Science Resource fair for school Principals, Community School Coordinators, FCE School leads, and Science Lead Teachers that expanded school partnerships and supports in Robotics, Green School initiatives, STEM, and life sciences. 100% participation Network participation in the city wide science fair
- 2013-2015 Family League of Baltimore City, Community and School Engagement Strategy Grant- Reviewer
- 2013 Baltimore Education Coalition, 21st Century Capitol Rally Logistics Volunteer
- 2013 Title 1 Best Practices Conference, Mid Atlantic Equity Consortium (MAEC) district training of Academic Parent Teacher Conference Teams (APTT)
- 2012 Created and expanded District Partnerships with Baltimore READS, Baltimore City Community College, Reginald F. Lewis Museum, Maryland Science Center, Loving Arms Youth Shelter, Chick-fil-a

**01/10- 12/2014**     **BALTIMORE CITY COMMUNITY COLLEGE**                                Baltimore, Md
*Political Science Adjunct Professor*
- Facilitated student learning for Baltimore City Community Colleges QUEST accelerated associate programs. A cohort learning model used to improve the achievement and retention of African American males at Baltimore City College. Program is designed to foster, motivate, and stimulate academic growth for those, because of various circumstances are under- prepared for higher education.
- Provided quality learning opportunity that assist students in meeting their educational goals and career aspirations on a semester basis. Maintained academic integrity of the college.
- Developed course design and syllabus that follows prescribed institution format.

**08/11-04/2012**     **JOB OPPORTUNITY TASK FORCE**                                        Baltimore, Md
*Community Liaison Contractor*
- Expanded JOTF's work and partnerships in Montgomery and Prince George's County by undertaking by establishing partnerships with Representatives of nonprofit organizations that work in the field of workforce development; local public officials; and Representatives of faith-based and other community leaders.
- Established linkages with other groups interested in co-hosting two public forums during the contract year. Planned and executed forms.
- Expanded JOTF's partnership database to include representatives from Montgomery and Prince George's County

**08/08-08/09**     **FLORIDA A&M UNIVERSITY**                                            Tallahassee, Fl
*Graduate Assistant & Teaching Assistant*
- Assisted with facilitation of multi-campus activities and forums with the FAMU's Civic Agency Initiative focused on higher education's role in preparing the next generation of informed and engaged citizens.
- Assisted faculty members with classroom instruction, exams, and record keeping.

- Conducted research: assembled data, conducted surveys, analyzed statistical data, prepared informational reports, and composed correspondence on social justice, health care, and environmental issues using quantitative and qualitative research methods for departmental grant research.

## INTERNSHIPS:
**09/08 -05/09**     **FLORIDA HOUSE OF REPRESENTATIVES**                                        Tallahassee, Fl
*Representative Ronald Brisé District 108 Legislative Intern*
- Conducted policy research, attended committee hearings and summarized bills for the Representative's Committee Membership.
- Prepared reports, studies, briefings and legislation notes
- Drafted and edited monthly and weekly newsletters.

**04/06-05/07**     **RAINBOW P.U.S.H COALITION**                                        Atlanta, Ga
*Southern Regional Office and Atlanta Headquarters Intern*
- Composed press releases, facilitated community outreach, organized voter registration drives
- Developed Public Service Announcements on recently passed legislation featured in weekly radio and television show.
- Assisted with caseload management and document control in class action cases

## EDUCATION:
2009 *Masters of Applied Social Science:* Political Science
Florida A&M University Tallahassee, Fl

2007 *Bachelors of Arts*: Political Science
Fort Valley State University Fort Valley, Ga

2003 *High School Diploma-* College Preparatory
Tri-Cities High School East Point, Ga

## ADDITIONAL EXPERIENCE:
2018 Prince George's Community College,   Youth@Work/SYEP Instructor
2016 Anne Arundel Workforce Development Corporation, YouthWorks! Monitor
2010-2011 Business Interface LLC, Workforce Development Trainer
2009-2010 US Census- Baltimore Data Capture Center, KFI Specialist

## ACTIVIES & MEMBERSHIPS:
2007- Present Alpha Kappa Alpha Sorority Incorporated, Member
2011- Present Loving Arms Youth Shelter, Youth Advocate Volunteer
2014- 2015 Team Orange, Girls AAU Coach
2013-2015 Benjamin Banneker Museum, Board Member
2011- 2015 Loving Arms Youth Shelter, Youth Advocate Volunteer
2011- 2014 Our Sister's Place, ABE/ GED Tutor Volunteer
2008- 2009 Godby High School Girls Varsity Basketball Team, Assistant Coach
2008 Barack Obama Presidential Campaign, Lead Canvasser & Community Organizer
2007-2008 Atlanta Journal Constitution, Neighborhood Outreach
2004- 2007 Political Science Student Association, Member; President
2005-2008 Antioch Baptist Church North, Youth Sports Ministry Volunteer
2004- 2007 Ushers Temple, Youth After School Tutor
2004- 2006 Y.E.S Young Executive Society, Inductee
2005- 2007 Fort Valley State University Women's Basketball Team, Forward 2004-
2006 N. Y. S. P National Youth Sports Program FVSU, Volunteer
 2004 South Carolina Democratic Primary, Volunteer
2003-2004 Tuskegee University Women's Basketball Team, Forward
2003-2004 Tuskegee University Track and Field, Member

## CAREER OBJECTIVE

To obtain a challenging position that provides ample opportunity to facilitate academic, social, and individual growth of students within an educational environment.

## PROFESSIONAL EXPERIENCE

### The Community College of Baltimore County Catonsville Campus

*Program Coordinator       Upward Bound Program            December 2008-Present*

- ≈ Assist the Program Director in developing and overseeing the academic and counseling program components.
- ≈ Schedule and conducted school and community based recruitment and orientation activities.
- ≈ Coordinate program activities to include college tours (in state and out of state), cultural, recreational activities, career exploration and development.
- ≈ Assisted in the development of each individual student through report card reviews, and parent/teacher/counselor meetings.
- ≈ Organize program recruitment process, including but not limited to logistics of in-school presentations, interviews, etc.
- ≈ Counsel and advise all Upward Bound students and their parents on college preparatory academic and co-curricular activities.
- ≈ Work in schools with students with high school guidance counselors and teachers.
- ≈ Provide tutoring and other academic support to Upward Bound students across the subjects, as needed and appropriate.
- ≈ Counsel and advise all UB students on selecting a college or university.
- ≈ Prepares documents of varying lengths including letters, spreadsheets, and publicity materials, utilizing desktop publishing.
- ≈ Utilize social media to communicate program goals and objective with students.
- ≈ Initiate and leads the hiring of new staff for summer programs and year-round academic programs. Supervise the staff for summer programs and year round academic components.
- ≈ Assists in planning and coordinating year-round program events.
- ≈ Submits required paperwork for official functions.
- ≈ Assist with the arrangement and budget allocations for official functions.
- ≈ Attend professional development training.

### Baltimore City Public Schools

*Long Term Substitute          Augusta Fells Institute of Visual Arts        September 08-December 08*
*Middle School Teacher          Dr. Roland Patterson Sr. Academy            July 2000-July 2008*

- ≈ Taught 10th grade English
- ≈ Taught 7th & 8th grade Language Arts & 8th grade Social Studies
- ≈ 8th grade Team Leader for two years
- ≈ Assessed students using a variety of techniques and strategies
  - ˜ Utilization of pre and post-testing, written test and quizzes, and visual observation
  - ˜ Reviewed student records, spoke with prior instructors and administrators, contacted parents

- ≈ Created active learning centers to motivate students using a variety of learning modalities
- ≈ Initiated cooperative learning projects across the curriculum
  - ˜ Collaborated within the English and Social Studies Department
  - ˜ Literature and Black history
  - ˜ Researched the connection between literature and Black history
    - ▪ Harlem Renaissance
    - ▪ Poetry of Langston Hughes
    - ▪ Segregation and Integration

| The Community College of Baltimore County Dundalk Campus | | |
|---|---|---|
| *Academic Instructor* | *Upward Bound Program* | *July 2005-June 2009* |
| *Program Assistant* | *Upward Bound Program* | *June 2007-August 2008* |

**Academic Instructor**
- ≈ Developed course curriculum based upon grant specifications and in collaboration with director and coordinator
- ≈ Supported and reinforced English language skills during the academic and summer sessions
- ≈ Assisted students in expanding reading comprehension and writing skills
- ≈ Orchestrated collaborative projects with Speech Communication instructor
- ≈ Assisted in student preparation for annual debate competition
- ≈ Developed and produced a student designed newsletter.

**Program Assistant**
- ≈ Assisted director with program coordination
  - ˜ Coordinated recreational and cultural field trips
  - ˜ Coordinated college campus tours (in state and out of state)
- ≈ Mentored students in program
- ≈ Provided students with additional academic support
- ≈ Responsible for student leadership activity during Saturday Academy
- ≈ Designed and coordinated Career Fair
- ≈ Leadership role

| The Community College of Baltimore County Catonsville Campus | |
|---|---|
| *Reading 051Instructor* | *Fall 2009 Semester* |
| *Keynote Speaker for Project SPARK Academic Awards Ceremony luncheon in March 2010* | |
| *Club Advisor for the students participating in the Micology Club* | *Spring 2010 to Present* |
| *Reading 051 Instructor* | *Fall 2010 Semester* |
| *Reading 051 Instructor* | *Fall 2011 Semester* |

- ≈ Provided basic reading instruction in vocabulary development, basic reading strategies, literal comprehension skills and an introduction to critical reading skills.
- ≈ Supervised students in a computer lab providing extensive practice of skills.
- ≈ Reading 051 met for six hour and fifty minutes per week. Four hours and thirty minutes were spent in a classroom setting and two hours and twenty minutes were spent in a reading laboratory.

## EDUCATION

≈ **Coppin State University, Baltimore Maryland**
*Bachelor of Arts in Social Science, Minor in Elementary Education May 2000*
*Passed Praxis I & II*

## REFERENCES

Available upon request

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Staff Associate (Generic) | | |
| **DIVISION:** | Various | **JOB CODE:** | 109275 |
| **DEPARTMENT:** | | **AFFILIATION:** | BTU |
| **DATE DEVELOPED:** | 04-01-02 | **GRADE:** | 670-673 |
| **REVISION DATES:** | 03-04-10 | **OVERTIME STATUS:** | Exempt |

**REPORTS TO:**
**SUPERVISOR'S SUPERIOR:**
**POSITIONS SUPERVISED:**      None

## JOB SUMMARY

Provides technical and/or administrative support in the planning, development, or administration of City Schools programs or processes.  Functions as a staff professional with focus on facilitating or coordinating specific activities or providing guidance and support to academic, student support, or school-based staff to ensure the appropriate conduct, implementation, or delivery of programs or services.

## ESSENTIAL FUNCTIONS

- Performs a variety of professional tasks and assignments in support of academic and student support programs.
- Recommends and implements operational and accountability improvements based on thorough and broad analysis of program needs.
- May work with curriculum staff, research and evaluation staff, and other central office staff in developing and administering tests, developing reports, and reporting results to school stakeholders.
- Collects, analyzes, and reports on data.
- Plans and implements programs, focus groups, and information sessions for staff and/or community groups.
- Develops and disseminates information to schools, families and communities.
- May conduct audits and inspections and investigations.
- May design research studies and provide forecast projections.
- May conduct home visits and file documents on behalf of City Schools.
- May represent City Schools at hearings.

## QUALIFICATIONS

- Bachelor's degree in a related field of study.  A Master's degree may be required for some positions.
- One to three years experience in the related professional field or applicable discipline.

**ATTACHMENT 9**

**PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES**
  ➤ Performs other related duties as assigned.

**PHYSICAL DEMANDS**
  ➤ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
  ➤ Not substantially exposed to adverse environmental conditions.

**EVALUATION**
  ➤ Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of employees.

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.

## EDUCATION

Goucher College, 2012                M. Ed., At Risk & Diverse Learners
Virginia State University, 1995      B.A. Sociology

## SKILLS & ABILITIES

- Successfully demonstrated classroom instruction and public speaking adept to representing industry professionals' specific to content presented.
- Able to manage, assess, trouble-shoot, and improve upon given projects successfully.
- Mentor students, providing classroom direction and support for career and college decision making and preparation.
- Demonstrated strength showcasing new artists, art development, and creating art-based space in educational environments.
- Patient, inviting, and sincere ready to accelerate projects of visual interest and historical reference.

## EDUCATIONAL EXPERIENCE

BALTIMORE CITY PUBLIC SCHOOLS
NATIONAL ACADEMY FOUNDATION HIGH SCHOOL OF BALTIMORE
AUGUST 2014 – PRESENT
CAREER RESEARCH & DEVELOPMENT TEACHER
- Instruct students (grades 9-12) on the exploration of career readiness through the Career Research & Development (CRD) pathway.
- Assist and facilitate students in the development of self-awareness, career awareness, career exploration, and financial literacy.
- Teacher mentor for Baltimore Alliance for Careers in Healthcare (BACH), exposing and leading students through summer internships with careers in healthcare.
- Facilitate yearly resume / curriculum vitae / business writing / interviewing workshops
- Create and lead after-school visual art program for students (grades 9-12).  Lead all fundraising efforts through school based projects and donation from local businesses.
- Motivate and encourage students to identify and develop soft skills leading to career planning, effective decision making, goal setting, financial literacy, and transition planning.
- Organize field trips, guest speaker series, and college fairs, on and off-campus events.
- Create community partnerships with local businesses for student internship placement and fundraising.

UPWARD BOUND – COMMUNITY COLLEGE OF BALTIMORE COUNTY
ART INSTRUCTOR
SUMMER 2013 - 2016
- Provided leadership and instruction for the Upward Bound summer learning program in the area of Art
- Supported student development of creative expression through art and oral presentations based on summer curriculum.
- Concluded summer learning experience with Visual Art Exhibit highlighting the Celebration of Baltimore (charcoal and acrylic on canvas)

- Utilized a variety of instructional tools and multi-media helping facilitate individual strengths and intelligence.
- Differentiated instruction to meet students' individual educational programs (IEP's).

BALTIMORE CITY PUBLIC SCHOOLS
MARITIME INDUSTRIES ACADEMY PROGRAM & LEARNING TO WORK COORDINATOR
JANUARY 2013 – JUNE 2014
CAREER RESEARCH & DEVELOPMENT TEACHER
- Provided instruction to students on the exploration of career readiness through the Career Research & Development (CRD) pathway.
- Facilitated students in soft skill development, career planning, decision making, and transition planning.
- Coordinated all school-wide activities connected with the Maritime, Marine & Naval community partners.
- Placed students with local businesses for internship placements.
- Served as Maritime Board, district office, and community liaison, addressing maritime related needs while facilitating opportunities for Maritime students.

CAREER & TECHNOLOGY EDUCATION SPECIALIST
FEBRUARY 2010 – JANUARY 2013
- Provided classroom support for teachers within the Career & Technology Education (CTE) Pathways throughout the district of Baltimore City Schools.
- Kept abreast of technological advances that affect student preparation within CTE classrooms.
- Facilitated professional development for CTE teachers, including activities that support increases in graduation, completion status, and certifications for students within Programs of Study.
- Served as liaison between central office and school administrators, and classroom teachers concerning CTE related activities.
- Worked with industry advisory boards on CTE program improvement and work-based learning activities.
- Served as liaison with other agencies, educational institutions, businesses, and community groups to improve the instructional program.
- Sought and created industry partnerships for student internships and job shadowing.
- Facilitated student professional development sessions for students seeking central office placement.
- Co-wrote and articulated necessary updates and program activities for the Federal Perkins Grant.

COLLEGEBOUND FOUNDATION
SEPTEMBER 2008 – FEBRUARY 2010
COLLEGE ACCESS PROGRAM SPECIALIST
- Provided college and scholarship access to students in grades 9-12 at Western High School.
- Successfully placed 100% of the Classes of 2009 & 2010 in 4-year colleges & universities across the United States.
- Successfully aided in the acquisition of over $15,000,000 in scholarships & Federal Grant Aid for the Class of 2009 & 2010.

- Organized and conducted various college related seminars for students, parents, and teachers on topics such as the college search, college tours, application process, NCAA Clearinghouse Registration, financial aid & scholarships, and college transitioning.
- Served as liaison for students/parents and potential college admission and financial aid offices.

THE JOHNS HOPKINS UNIVERSITY — STOCKS IN THE FUTURE
SEPTEMBER 2006 — SEPTEMBER 2008
PROGRAM MANAGER / MENTOR
- Managed and facilitated academic/attendance intervention program, Stocks in the Future at The Johns Hopkins University.
- Prepared lessons based on financial literacy for grades 6-9.
- Planned and facilitated bi-annual staff development trainings for Stocks in the Future educators& principals.
- Insured success of program implementation through weekly/bi-weekly onsite visits with teachers, principals, and students.
- Mentored teachers on successful curriculum delivery.
- Wrote/revised instructional curriculum in alignment with standards mandated by MSDE.
- Administered and analyzed Hopkins Short Achievement Test (HSAT) measuring student success outcomes.
- Conducted workshops in Financial Literacy in preparation of post graduation from Baltimore Talent Development High School (Johns Hopkins Literacy Enrichment Program).

BALTIMORE COUNTY PUBLIC SCHOOLS- BALTIMORE, MD
2002-2006
SOUTHWEST ACADEMY MIDDLE SCHOOL MAGNET — ENGLISH TEACHER
- Provided leadership with the implementation and preparation of the 6th grade Language Arts curriculum and instructional program.
- Differentiated instruction to meet students' individual educational programs (IEP's).
- Introduced and utilize an array of strategies to target those needs.
- Conducted weekly after-school enrichment classes addressing public speaking skills.
- Integrated daily use of technology corresponding to 6th grade curriculum.
- Provided guidance and yearly evaluations of new instructional materials presented in the classroom.
- Modeled lessons, team teach, and co-plan.

BALTIMORE CITY PUBLIC SCHOOLS- BALTIMORE, MD
2001-2002
HARFORD HEIGHTS ELEMENTARY — TEACHER, GRADE 4
- Created and organized lessons in the disciplines of Language, Reading, Math, Science, and Social Studies.
- Founded a girl's mentoring group targeting at-risk behavior and provided social interventions.
- Facilitated after-school tutorial for educational enrichment program.

## ART EXPERIENCE

INSTRUCTION         Maryland, Virginia, District of Columbia          2015-Present
                    Monthly Paint Party gatherings with over 30 participants each
                    (Both public & private)
                    • Responsible of initial thematic project
                    • Collection of supplies and resources
                    • Develop and work within budgets, collection and allocation of
                      funds
                    • Physical and digital exhibition of produced artwork
                        ○ Morgan State University CASA          2016-17
                        ○ Morgan State University Honors College  2017


EXHIBITIONS         "Senator Verda S. Welcome"
                    Morgan State University's 150 Year Celebration Celebrates
                                                                   2017
                    "Upward Bound Celebrates Baltimore" CCBC        2016
                    "Self Awareness" National Academy Foundation   2015-16
                    "National Academy Foundation Board" Baltimore  2014
                    "Pan-Hellenic Black History" Towson University 2014
                    "Kappa Alpha Psi, Alpha Phi 75th" Virginia State University
                                                                   2010
                    "Inner Child" Performance Art Display          1999


## REFERENCES

███████████ – National Academy Foundation High School, Asst. Principal
███████████ – Baltimore City Schools' College & Career Readiness, Manager
███████████ – Baltimore City Schools' College & Career Readiness & Art Client
███████████ – Morgan State University, Lecturer & Art Client
███████████ Baltimore City Community College, VP Workforce Develop.



## EDUCATION

| | | |
|---|---|---|
| 2008 | **The College of Notre Dame of Maryland** | Baltimore, Maryland |

*Masters in the Arts of Teaching,*
*Special Education Teaching Certification*
*GPA: 3.98*

| | | |
|---|---|---|
| 2003 | **Dickinson College** | Carlisle, Pennsylvania |

*Bachelor of Arts in Sociology (Minor in political science*
*and Latin American Studies)*

## EXPERIENCE

2007-Present **Baltimore City Public Schools**                     Baltimore, Maryland
*P.R.I.D.E. Program Support Teacher*
Responsible for the coordination of a citywide program serving emotionally disturbed youth. Supervising teachers, para-professionals, one on one aides and students. Serve as representative for IEP meetings, work closely with school psychologist and other support staff. Manage Support Room and de escalate students in crisis. Coordinate intake process for families and students. Compile and keep documentation for critical incidences. Develop and implement behavioral intervention strategies. Process student behavior and identify alternate strategies so they can succeed in the classroom.

2009-2010     **Baltimore City Public Schools**                     Baltimore, Maryland
*Summer Special Education Instructor*
Provide accommodations and modifications to special education summer school students. Plan collaboratively with regular educators to ensure the needs of their special education students are being met. Consult with regular educators to discuss classroom strategies to better serve their special education students.

2007            **Baltimore City Public Schools**                     Baltimore, Maryland
*Summer Curriculum Writing Specialist*
Collaborate with curriculum writing team to write and plan middle school language arts curriculum/pacing guide based on differentiated instruction and best practices.

2004-2007     **Baltimore City Public Schools**                     Baltimore, Maryland
*Special Education Language Arts Instructor*
Responsible for daily implementation of special education classes,case management, tracking IEP services provided, third party billing and other SPED support services.

2003-2004     **Youth Advocates Program, Inc.**                     Lebanon, Pennsylvania
Assist  mobile therapist and behavioral specialist to in developing treatment plan for students with behavioral/mental health issues.  Provide therapeutic interventions with clients in home, school, and in the community.  Write clinical notes documenting behavioral interventions and outcomes.  Meet weekley with treatment team to discuss progress.

| 2001-2003 | **Office of Diversity and Social Justice** | Carlisle, Pennsylvania |

*Editor of Monthly Magazine and Coordinator for Student Multicultural Activities*
Responsible for layout, editing and creation of monthly diversity magazine for Dickinson College students, faculty, staff and greater Carlisle community. Worked closely with student groups to coordinate events, trainings and activities to support a diverse campus life.

| 2001 | **National Coalition Building Institute** | National Program |

*Trainer/Consultant*
Certified to offer programs to Universities, businesses, or groups on diversity/sensitivity training.

## ACHIEVEMENTS AND ASSOCIATIONS

Recipient of the Harriet Tubman Visionary Award (May 2003)
Recipient of Governor's Advisory Commission on Latino Affairs Pride Award for Community Leader (April 1999)

# BALTIMORE CITY
## PUBLIC SCHOOLS

| | | | |
|---|---|---|---|
| **JOB TITLE:** | Program Evaluator II – Effectiveness Framework | | |
| **DIVISION:** | Achievement & Accountability Office | **JOB CODE:** | 110102 |
| **DEPARTMENT:** | Effectiveness & SEA | **AFFILIATION:** | PSRP |
| **DATE DEVELOPED:** | 12/13/10 | **GRADE:** | C44 |
| **REVISION DATES:** | 06/13/13 | **OVERTIME STATUS:** | Exempt |

| | |
|---|---|
| **REPORTS TO:** | Director – Effectiveness & SEA |
| **SUPERVISOR'S SUPERIOR:** | Achievement & Accountability Officer |
| **POSITIONS SUPERVISED:** | None |

## JOB SUMMARY

Baltimore City Public Schools are developing and launching a new teacher and school leader evaluation systems that includes student growth as a substantial component. The Program Evaluator II will be leading the analysis related to measuring impact and effectiveness of teachers and school leaders in City Schools, which is essential to reforming the way evaluations are completed. Specifically, the Program Evaluator II would lead the work on measuring effectiveness based on student test scores by isolating the value-added contributions by teachers on student gains. Additionally, the Program Evaluator contributes significantly to the design, development, implementation, and maintenance of quantitative models that support teacher and school leader evaluations.

## ESSENTIAL FUNCTIONS

➢ Evaluates and validates algorithms for use of student growth and/or value-added data for the purpose of schools, school leaders and/or school-based professional evaluations.

➢ Uses SAS statistical software to monitor evaluation systems data for trends and quantitative insights and assists in reporting City Schools' progress on various indicators.

➢ Conducts data extractions that may include analyzing, reviewing, trending and presenting information.

➢ Prepares statistical and narrative reports surfacing key policy questions based on underlying data and/or graphs, as appropriate.

➢ Uses a variety of qualitative and quantitative methods to identify causation of value-added student gains

➢ Research and builds knowledge, based on value-added performance evaluations in education.

## QUALIFICATIONS

➢ Bachelor's degree in Education, Psychology, Sociology, or a related field with five years of experience with program evaluation and/or statistical assessment analyses or Master's degree in Education, Psychology, Sociology, or a related field with three years of experience with program evaluation and/or statistical assessment analyses. Degree (s) must be from an accredited college or institution.

➢ Understanding of current research and statistical models for the use of student growth and/or value-add models for the purpose of evaluation.

➢ Knowledge of quantitative design and experience with descriptive and item statistics.

➢ Knowledge of qualitative methodologies of interviews, focus groups, observations, and document analysis.

➢ Demonstrated ability to conduct program evaluations involving assessment statistics, including experience.

➢ Professional level of capacity using SAS statistical software.

➢ Excellent interpersonal, organizational and leadership skills.

**ATTACHMENT 10**

➤ Proficient in the knowledge and use of technical computer applications for word processing and data management.
➤ Excellent verbal and written communication skills.

**PERFORMANCE RESPONSIBILITIES: OTHER DUTIES AND RESPONSIBILITIES**
➤ Performs other related duties as assigned.

**PHYSICAL DEMANDS**
➤ Light work, exerting up to 20 pounds of force occasionally, and/or up to 10 pounds of force frequently.

**WORK ENVIRONMENT**
➤ Not substantially exposed to adverse environmental conditions.

**EVALUATION**
➤ Performance of this position will be evaluated in accordance with the provisions of Board policy on evaluation of personnel.

The above is intended to describe the essential content of and requirements for the performance of this job. It is not to be construed as an exhaustive statement of duties, responsibilities or requirements.


Jennifer Bell-Ellwanger          6/19/13
Achievement & Accountability Officer     Date

Kim Lewis, Ed. D.          6/20/13
Human Capital Officer          Date



# Jasaan A. Qiydaar

5014 Norwood Avenue ▪ Baltimore, MD 21207 ▪ 410-448-3675 ▪ jasaanqiydaar@gmail.com ▪

## Profile

**Over 15 years of teaching experience. Specializing in enhancing attendance, behavior, achievement, parental involvement, school programs and community relations. Started a nonprofit to serve at-risk/high-risk youth.  Independent journalist for Examiner.com. Organized, goal oriented. Consistent record of forging and maintaining strong collaborative partnerships.  Superior interpersonal, verbal and written communication skills. Positive work ethic. Empathetic listener and persuasive speaker. Works efficiently under pressure.**

## Selected Achievements

- Established partnerships with 10 local businesses.
- Identified 17 new community resources to assist students and their families.
- Saved my school over $25,000 by securing alternative funding for 5 consecutive years to maintain an incentive-based breakfast and lunch program which improved student attendance and achievement by 50% and increased parental involvement by 80%.
- Mentored over 300 students.
- Instituted a behavior modification program which reduced incidents of bullying and violence by 60%.

## Experience

**STUDENT/TEACHER SUPERVISION AND ADMINISTRATIVE SUPPORT**

**2011 - Present**         **Behavior Intervention Consultant**, *City Schools, Baltimore, MD.*

 Responsible for skill replacement and behavior reduction through functional assessment, development and implementation of function-based Behavior Intervention Plans for identified students. Provides initial and ongoing training to educational staff in the principles of  Applied Behavior Analysis (ABA) including functional data evaluation, instructional strategies and crisis management.  Collaborates with all members of the school community.  Demonstrates confidentiality when dealing with parents, staff and other school district employees.  Utilizes various support systems available in the school and the community.  Possesses excellent interpersonal skills and the ability to handle emotionally charged situations. Observes learning environments daily and counsels teachers on strategies to improve  classroom management. Coaches teachers on how to  effectively apply behavior management techniques. Demonstrates an advanced understanding of educational curriculum and instructional methods. Maintains accurate and comprehensive data for assigned students.  Handles multiple tasks simultaneously.

**EXPERIENTIAL LEARNING, INTEGRATED TEACHING AND CHARACTER EDUCATION**

**2010 - 2011**         **Special Educator (HS English)**, *Children's Guild, Inc., Baltimore, MD.*

 Provided direct instructional services to students with severe emotional disabilities, who were on the autism spectrum and/or who had multiple disabilities that interfered with them attending traditional school programs.  Assessed individual students for the purpose of preparing and implementing Individualized Education Programs (IEPs). Developed, adapted, modified, and individualized educational materials, resources, techniques, methods, and strategies to meet the needs of  students.  Used instructional technology (SMART board, personal computers, etc.) to promote students' interest in learning.  Assumed direct responsibility for the development of appropriate behavior of students within the school setting by establishing and maintaining effective discipline and management procedures.  Evaluated the academic and social progress of students on a continuous basis.  Served as a member of the

**EXHIBIT 2**

IEP Team committee. Assigned work to and supervised IEP Aides and parent volunteers. Established and maintained a nurturing and safe learning environment. Demonstrated both traditional and innovative instructional methodologies in working with various sub-groups within the student population. Served as a model for staff and students in both written and oral English. Maintained appropriate records and documentation based on established protocol.

DEVELOPING LEADERSHIP SKILLS AND ESTABLISHING COMMUNITY PARTNERSHIPS
**2008 - 2011**        **Program Coordinator**, *QAI Youth Mentoring and Enrichment,*
                       *Baltimore, MD.*
Served as administrator of outcomes-based school mentoring and enrichment program. Improved the Baltimore community by providing mentoring and educational enrichment necessary to develop student leaders. Designed, organized, and facilitated programs to increase attendance and achievement by 5% or more , quarterly and decrease incidents of truancy, violence and suspensions by 5% or more, quarterly. Increased students' confidence, productivity and sense of community pride by establishing partnerships and identifying resources in the local community to assist in their academic and social growth. Determined strategies, services and levels of support by utilizing data from performance measures. Managed program's budget. Sustained future growth by securing new and existing funding. Supervised staff and volunteers. Tracked progress towards outcomes and submitted reports.

ACADEMIC/SOCIAL SKILLS DEVELOPMENT, RETENTION AND IMPROVEMENT
**2000-2008**        **Special Educator (Language Arts/Social Studies/Science),**
                     *Baltimore City Public Schools, Baltimore, MD.*
Enriched students academically and socially by promoting and maintaining a nurturing and safe learning environment. Planned, developed, implemented and monitored Individualized Education Plans (IEPs) with General Educators which effectively ensured continuity of services across the curriculum. Secured alternative funding for 5 consecutive years to maintain an incentive-based breakfast and lunch program which improved student attendance, attitude, achievement, and self-esteem, while saving my school more than $25,000. Initiated daily parental feedback system that increased parental involvement by 80%. Supervised and trained Paraeducators and volunteers in stress reduction and conflict resolution, which decreased confrontations by 60%. Trained and mentored new teachers, which reduced the turnover rate and need for long-term substitutes, saving my school up to $30,000 annually. Planned and implemented a budget of over $6000 per year for student activities. Served on numerous district and site-level committees, including Steering Committee for Implementing Language Arts and Math Curriculum, Inclusion Committee and Materials Subcommittee. Developed partnerships with local businesses to promote student success. Improved school morale by creating a birthday club that included students and staff. Elevated standards of expectations for behavior and achievement by establishing male and female mentoring groups for over 300 students.

WHAT OTHERS SAY...

1. "Jasaan believes in a comprehensive approach to preparing our students for life."

2. "Mr. Qiydaar is dedicated and committed to the youth of Baltimore City."

3. "Mr. Qiydaar continues to make a positive difference towards helping students make better decisions about life."

4. "Jasaan has a long standing relationship with the students, families and local Baltimore community."

5. "Jasaan makes outstanding contributions to the growth and development of youth."

## Skills

Spanish (Working knowledge).
MS Office (Proficient).

## Education

**Bachelor of Science in  Applied Psychology.**
*Coppin State University.*
**2007**            **Teaching Learners with Academic Discrepancies, Language, and Learning Disabilities**
*Coppin State University.*
**2004**            **Methods of Assessment in Educating Children**
*Baltimore City Community College.*
**2004**            **Educational Assessment**
*Baltimore City Community College.*

## Professional Meetings

**2011**            **Strategies for Initiating the "A" Student Mindset** .
Delta Community Center, Baltimore, Maryland, *Guest Speaker*.

**2005**            **Adapting Curriculum and Instruction in Inclusive Classrooms.**
Baltimore, Maryland, *Organizer/Speaker*.

**2005**            **Implications for Instruction: Enhancing Student Learning.**
Baltimore, Maryland, *Organizer/Speaker*.

## Honors & Activities

- 2010 Mentoring Award for Dedication, Commitment, and Service to the Youth of Baltimore City.
- Volunteer Youth Program Coordinator at Northwestern High School (2009-2011).
- Volunteer for The American Red Cross, Greater Chesapeake and Potomac Region (2011-Present).
- Independent journalist for Examiner.com focusing on Youth Mentoring in Baltimore (2010-Present).
- Volunteer, Cross Country Elementary/Middle School, 1998-Present.

## Publications

**"Our youth: Our future, our present"**.  Examiner.com, June 2010.
**"Providing hope, help and healing for at-risk youth in Baltimore City"**.
Examiner.com, July 2010.
**"Rebuilding the village"**.  Examiner.com, July 2010.

## Certifications

- **Special Educator, Maryland State Department of Education, 2011.**
- **CPR/First Aid (Healthcare Provider), Maxim Healthcare Services, 2010.**
- **Counselor/Therapist Candidate (Drug/Alcohol Trainee), DHMH, 2010.**

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

JASAAN ALLAH QIYDAAR      *

       Plaintiff,      *

v.      *  Civil Action No.  DKC-19-1371

BALTIMORE CITY BOARD OF      *
SCHOOL COMMISSIONERS

     *

       Defendant.      *

*    *    *    *    *    *    *    *    *    *    *    *    *

**DECLARATION OF JOEL MADRID**

I, Joel Madrid, hereby under oath and under penalty of perjury state that:

1.       I am over the age of eighteen and am competent to testify as to facts relating to the above-captioned case as herein described.

2.       I am currently employed as a Manager – HC Strategy in the Office of Human Capital ("HC"); and my employer is the Baltimore City Board of School Commissioners ("BCBSC").  I have been employed by BCBSC as Manager-HC Strategy for 11 months.

3.       In my capacity as Manager – HC Strategy in HC, my duties and responsibilities include managing employee data in various HC data systems including applicant tracking system, Oracle (HCIS), as well as legacy systems such as I-recruitment.

4.       I was able to look in the hiring system to view the position *of IRC 3595: Program Evaluator II-Assessments*. Based on my review, I determined that Mr. Qiydaar applied for this position on December 10, 2014.

5.       Several people applied for the *IRC 3595: Program Evaluator II-Assessments* position, but based on my review, no one was ever hired for this position.

**EXHIBIT 3**

6. Thus, this employment position was removed without a hiring because BCBSC either no longer had a need for the position or no longer had funds designated for the position.


I SOLEMNLY SWEAR AND AFFIRM, under penalty of perjury and based upon personal knowledge, that the contents of the foregoing affidavit are true and correct.


___9/7/21_____

Date

Joel Madrid
Manager – HC Strategy, Office of Human Capital
Baltimore City Public Schools

```
 1          IN THE UNITED STATES DISTRICT COURT

 2          FOR THE DISTRICT OF MARYLAND

 3   JASAAN ALLAH QIYDAAR      *

 4          Plaintiff,      *

 5   vs.                     *

 6   BALTIMORE CITY BOARD OF *

 7   SCHOOL COMMISSIONERS     *

 8          Defendant.      *

 9   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

10          The deposition of JASAAN ALLAH QIYDAAR,

11   was taken on Friday, September 27, 2019,

12   commencing at 10:20 a.m., at 200 East North

13   Avenue, Baltimore, Maryland, before Delcia Jones,

14   Notary Public.

15   *  *  *  *  *  *  *  *  *  *  *  *  *  *  *  *

16

17

18

19

20   REPORTED BY:

21   D. JONES                    EXHIBIT 4
```

1    investigation.

2          **A      Afterwards, afterwards.**

3          Q      You felt comfortable reaching out to

4    him afterwards?

5          **A      I felt comfortable, plus I wanted to**

6    **test the waters and see is he going to talk to me**

7    **now, now that it's over with, and he did.**

8          Q      All right.  At any point in time in

9    your conversations with Mr. Jones, did he say

10   that you could not apply for a position with

11   Baltimore City Public Schools?

12         **A      No.**

13         Q      And when you said you had conversations

14   with DeRay McKesson --

15         **A      Individual who I thought was Mr.**

16   **McKesson.**

17         Q      Sure.  Mr. McKesson was Human Capital,

18   as well; correct?

19         **A      Yes, um-hmm.**

20         Q      Human Capital Director?

21         **A      Well --**

1    took his advice and called around.

2         Q    And he was an employee of Baltimore

3    City Board of School Commissioners at that time;

4    correct?

5         A    Correct.

6         Q    And he directed you to contact

7    different principals about getting a job;

8    correct?

9         A    Just call around.

10         Q    Okay.  So he never said, "he" meaning

11    DeRay McKesson, you couldn't apply for a position

12    with Baltimore City Schools.

13         A    Not at all.  This individual did not

14    know my name, either.  He just picked the phone

15    up.  I was transferred to -- I said I'm a teacher

16    who is looking to teach again, I became

17    recertified and, you know, then I was transferred

18    to this individual.  So they were not given any

19    background, any more background information, you

20    know.  I did not feel the need to introduce

21    myself.  I was calling to see if there were