## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

**Civil Action No:** DKC 19-1371

**Plaintiff:** Jasaan Allah Qiydaar

**vs.**

**Defendant:** Baltimore City Board of School Commissioners

## VERDICT SHEET

1. Do you find by a preponderance of the evidence that the Defendant, Baltimore City Board of School Commissioners (Baltimore City Public Schools) retaliated against Plaintiff Jasaan Qiydaar in violation of Title VII of the Civil Rights Act of 1964, as amended ("Title VII")?

    YES____        No_____

    If your answer is "No" then you do not need to answer the following questions. Please contact the Marshal. If your answer is "Yes" please proceed to Questions 2 and 3.

2. What amount of compensatory damages did Plaintiff Qiydaar sustain as a result of Defendant's unlawful retaliation in violation of Title VII?

    $_____

3. What, if any, punitive damages do you award?

    $_____

    Please contact the Marshal.

Date:                                                          _____
                                                                                    Foreperson

# CERTIFICATE OF SERVICE

## IN THE UNITED STATES DISTRICT COURT FOR THE DISTRICT OF MARYLAND

### Northern Division

**JASAAN ALLAH QIYDAAR**

    Plaintiff,

vs.                                                        Civil Case No.: **DKC-19-1371**

**BALTIMORE CITY BOARD OF SCHOOL COMMISSIONERS**

    Defendant,

On **September 9, 2021,** the undersigned served a copy of the foregoing **PLAINTIFF'S PROPOSED VOIR DIRE, JURY INSTRUCTIONS, and JURY VERDICT SHEET** on Defendant's agent via email to:

Tamal A. Banton, Esquire

Senior Counsel

Shahrazad Houghton, Esquire

Associate Counsel

Baltimore City Public Schools

200 E. North Avenue, Suite 208

Baltimore, MD 21202

(Counsel for Defendant Baltimore City Board of School Commissioners)

*/s/ Jasaan Qiydaar*

Jasaan Allah Qiydaar, Plaintiff (Pro se)

2 Pomona West, Apt. #7

Baltimore, MD 21208

443-761-0572

jasaanqiydaar@gmail.com